# Exhibit A

Court of Common Pleas of Philadelphia
County Trial Division

# Civil Cover Sheet

| | For Office of Judicial Records Use Only (Docket Number) |
|---|---|

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| COREY HARRAGHY | ARAMARK SERVICES, INC. F/K/A ARAMARK CORPORATION |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 2400 Market St, Philadelphia, PA 19103 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NO. OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 1 | ☑ Complaint ☐ Petition Action ☐ Notice of Appeal<br>☐ Writ of Summons ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | | |
|---|---|---|---|---|
| ☐ $50,000.00 or less<br>☐ More than $50,000.00 | ☐ Arbitration<br>☑ Jury<br>☐ Non-Jury<br>☑ Other: CLASS ACTION | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Minor Court Appeal<br>☐ Statutory Appeals<br>☐ Commerce (Completion of Addendum Required) | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

**CASE TYPE AND CODE (SEE INSTRUCTIONS)**

1D - DECLARATORY JUDGMENT

**STATUTORY BASIS FOR CAUSE OF ACTION (SEE INSTRUCTIONS)**

Mass. Gen. Laws ch. 149, § 19B(2)(b)

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | IS CASE SUBJECT TO COORDINATION ORDER? |
|---|---|
| | Yes ☐  No ☐ |

TO THE OFFICE OF JUDICIAL RECORDS:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant:    COREY HARRAGHY
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS (SEE INSTRUCTIONS) |
|---|---|
| KEVIN TUCKER | EAST END TRIAL GROUP<br>6901 Lynn Way, STE 503<br>Pittsburgh, PA 15208 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (412) 877-5220 | | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 312144 | ktucker@eastendtrialgroup.com |

| SIGNATURE | DATE |
|---|---|
| Kevin W. Tucker | 7/3/2025 |

Case ID: 250700570

01-101 (Rev. 8/2014)

Kevin Tucker, PA 312144
Kevin Abramowicz, PA 320659
EAST END TRIAL GROUP LLC
6901 Lynn Way, Suite 503
Pittsburgh, PA 15208
Telephone: (412) 877-5220
Email: ktucker@eastendtrialgroup.com
      kabramowicz@eastendtrialgroup.com

Joseph I. Marchese*
Matthew A. Girardi*
Julian C. Diamond*
BURSOR & FISHER, P.A.
1330 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com
      mgirardi@bursor.com
      jdiamond@bursor.com

*Pro Hac Vice Application Forthcoming

*Counsel for Plaintiff and the Putative Class*

*Filed and Attested by the Office of Judicial Records 03 JUL 2025 01:49 pm R. RICE*

| | |
|---|---|
| COREY HARRAGHY, for himself and others similarly situated, | PHILADELPHIA COUNTY COURT OF COMMON PLEAS |
| Plaintiff, | TRIAL DIVISION |
| v. | CLASS ACTION |
| ARAMARK SERVICES, INC., F/K/A ARAMARK CORPORATION, | Case No. _____ |
| Defendant. | **JURY TRIAL DEMANDED** |

## COMPLAINT – CLASS ACTION

| NOTICE | AVISO |
|---|---|
| You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after the complaint and notice are served by entering a written appearance personally or by attorney, and by filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by | Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguentes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion. Hace falta asentar una comparencia escrita o en persona o con un abogao y entregar a la corte en forma escrita sus defenses o sus objecoines a las demandas en contra de su persona. Sea avisado que si usted no se defiende la corte tomara medidas y puede continuar la demandaen contra suya sin previo aviso o notificacion. Ademas la corte puede decidira favor del demandante y require que usted cumplacon todas las provisiones de |

the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

PHILADELPHIA BAR ASSOCIATION
Lawyer Referral and Information Service
1101 Market Street, 11th Floor
Philadelphia, Pennsylvania 19107
(215) 238-1701

esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO INMEDIATAMENTE SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELEFONOA LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE.

ASSOCIACION DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E Informacion Legal
1101 Market Street, 11th Floor
Filadelfia, Pennsylvania 19107, (215) 238-1701

ii

Case ID: 250700570

IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA

|  |  |
|---|---|
| COREY HARRAGHY, for himself and others similarly situated, ) ) ) | TRIAL DIVISION |
| Plaintiff, ) ) | CLASS ACTION |
| v. ) ) | Case No. _____ |
| ARAMARK SERVICES, INC., F/K/A ARAMARK CORPORATION, ) ) ) | **JURY TRIAL DEMANDED** |
| Defendant. ) ) ) | |

## COMPLAINT – CLASS ACTION

Plaintiff Corey Harraghy ("Plaintiff"), on behalf of himself and all other similarly situated individuals (the "Class Members") against Aramark Services, Inc., f/k/a Aramark Corporation ("Defendant" or "Aramark") brings this action based upon personal knowledge of the facts pertaining to himself, and on information and belief as to all other matters, by and through the investigation of undersigned counsel.

### NATURE OF THE ACTION

1.      Mass. Gen. Laws ch. 149, § 19B(2)(b) requires all applications for employment within the Commonwealth to contain a notice of job applicants' and employees' rights concerning lie detector tests.

2.      Despite this abundantly clear mandate, until recently, Defendant did not provide such written notice of rights in its Massachusetts job applications.

3.      Under Mass. Gen. Laws ch. 149, § 19B(4), persons aggrieved by a violation of Mass. Gen. Laws ch. 149, § 19B(2) have a private right of action for such violations, for injunctive relief and damages, including minimum statutory damages of $500 per violation.

4.      Mass. Gen. Laws ch. 149, § 19B(4) also expressly authorizes class actions, providing that a civil action may be brought by a person "in his own name and on his own behalf, or for himself and, for other [sic] similarly situated."

1

5.      Thus, pursuant to Mass. Gen. Laws ch. 149, § 19B(4), Plaintiff brings this action, on behalf of himself and those similarly situated, to redress Defendant's violations of Mass. Gen. Laws ch. 149, § 19B(2)(b).

## JURISDICTION AND VENUE

6.      The Court has subject matter jurisdiction over this action pursuant to PA. CONST. art. 5, § 5(b) and 42 Pa. C.S.A. § 931(b).

7.      The Court has personal jurisdiction over Aramark pursuant to 42 Pa. C.S.A. 5301(a)(2).

8.      Venue is proper pursuant to Pa. R. Civ. P. 2179(a)(1) because Defendant's principal place of business is located in this County.

## THE PARTIES

*Plaintiff Harraghy*

9.      Plaintiff Corey Harraghy is a citizen of Massachusetts who resides in Boston, Massachusetts.  In or around October 2023, while located in Massachusetts, Plaintiff applied to work as an Aramark General Manager at Milton Academy, which is in Milton, Massachusetts. However, in his Aramark Massachusetts-based job application, Plaintiff was not provided the notice of his rights concerning lie detector tests that is required by Mass. Gen. Laws ch. 149, § 19B(2)(b).

*Defendant*

10.      Defendant Aramark Services, Inc., f/k/a Aramark Corporation, is a Delaware corporation with its principal place of business at 2400 Market Street, Philadelphia, Pennsylvania 19103.

Case ID: 250700570

## FACTUAL ALLEGATIONS

11.    On December 16, 1985,[1] Massachusetts enacted 1985 Mass. Acts Chapter 587,[2] introduced as HB 6908[3] and codified at Mass. Gen. Laws ch. 149, § 19B.

12.    Mass. Gen. Laws ch. 149, § 19B(2)(b) provides:

> All applications for employment within the commonwealth shall contain the following notice which shall be in clearly legible print:

> "It is unlawful in Massachusetts to require or administer a lie detector test as a condition of employment or continued employment. An employer who violates this law shall be subject to criminal penalties and civil liability."

13.    In plain violation of the law, until recently, Defendant did not provide such written notice of rights in its applications for Aramark Massachusetts-based jobs.

14.    Indeed, until recently, searches for the terms "lie detector" and/or "condition of employment" on Defendant's websites listing job openings, information, and applications – careers.aramark.com and aramarkcareers.com – yielded no results.

15.    Plaintiff's counsel surveyed numerous job applications that Defendant has made publicly available via careers.aramark.com and aramarkcareers.com.  Until recently, **none** of Defendant's job applications viewed by Plaintiff's counsel complied with Mass. Gen. Laws ch. 149, § 19B(2)(b).  *See* Ex. 1.[4]

16.    Plaintiff and Class members were aggrieved because they were bona-fide applicants for jobs with Aramark, and Aramark deprived them of their statutorily guaranteed

---

[1] *See, e.g.*, 1985 Bill History of the Commonwealth of Massachusetts at p. 3388 (https://archives.lib.state.ma.us/bitstream/handle/2452/796446/1985-House-03-BillHistory.pdf).

[2] https://archives.lib.state.ma.us/handle/2452/40042.

[3] http://archives.lib.state.ma.us/handle/2452/602897.

[4] Ex. 1 pertains to job ID 562844 (available at https://careers.aramark.com/job/?req_id=562844).

3

Case ID: 250700570

right to the notice provided for by Mass. Gen. Laws ch. 149, § 19B(2)(b).

## CLASS ACTION ALLEGATIONS

17.     Plaintiff, pursuant to Rules 1702, 1708 and 1709 of the Pennsylvania Rules of Civil Procedure, asserts this action individually and on behalf of the following Class: All persons who applied for a Massachusetts-based position of employment with Defendant (the "Class").

18.     Plaintiff reserves the right to amend or modify the Class definition with greater specificity or division and/or to add subclasses after having had an opportunity to conduct discovery.

19.     Excluded from the Class are: (a) Defendant; (b) any parent, affiliate or subsidiary of Defendant; (c) any entity in which Defendant has a controlling interest; (d) any of Defendant's officers or directors; (e) any successor or assign of Defendant; (f) any judge or court personnel assigned to this case and members of their immediate families; and (g) Plaintiff's counsel and Defendant's counsel and anyone employed by them.

20.     **Pa. R. Civ. P. 1702(1)—Numerosity.**  The Class is so numerous that joinder of all members is impracticable.  On information and belief, members of the Class number in the thousands, and the members can be identified through Defendant's records.  Class Members may be notified of the pendency of this action by recognized, Court-approved notice dissemination methods, which may include U.S. mail, electronic mail, internet postings, social media and/or published notice.

21.     **Pa. R. Civ. P. 1702(2)—Commonality.**  Common questions of law and fact exist as to all Class Members.  Common legal and factual questions include, but are not limited to, whether Defendant's conduct as alleged herein violates Massachusetts law, including the provisions of Mass. Gen. Laws ch. 149, § 19B(2)(b); whether Plaintiff and Class members are entitled to damages and if so, in what amount; and whether Plaintiff and the other members of the Class are entitled to equitable relief, including but not limited to injunctive or declaratory relief.

4

Case ID: 250700570

22.     **Pa. R. Civ. P. 1702(3)—Typicality.** Plaintiff's claims are typical of the claims of the Class in that the named Plaintiff applied for Massachusetts-based employment with Defendant. In his application for employment with Defendant, Plaintiff – like the rest of the Class – was not furnished the notice of rights that is required by Mass. Gen. Laws ch. 149, § 19B(2)(b).  Plaintiff has no interests to advance adverse to the interests of the other Class Members, and Defendant has no defenses unique to any Plaintiff.

23.     **Pa. R. Civ. P. 1702(4), 1709—Adequate Representation.**  Plaintiff has and will continue to fairly and adequately represent and protect the interests of the Class.  Plaintiff has retained as his counsel attorneys competent and experienced in class actions and complex litigation, including litigation to remedy privacy violations.  Plaintiff and his counsel are committed to vigorously prosecuting this action on behalf of Class Members, and they have the resources to do so.

24.     **Pa. R. Civ. P. 1708(a)(1)—Predominance.**  Common questions of law and fact predominate over any questions affecting only individual class members.  For example, Defendant's liability and facts concerning damages are common to all members of the Class.

25.     **Pa. R. Civ. P. 1708(a)(2)—Superiority and Manageability.**  A class action is superior to other available means for the fair and efficient adjudication of this dispute.  The injury suffered by each Class Member, while meaningful on an individual basis, may not be of such magnitude as to make the prosecution of individual actions against Defendant economically feasible.  Even if Class Members could afford individual litigation, those actions would put immeasurable strain on the court system.  Moreover, individual litigation of the legal and factual issues of the case would increase the delay and expense to all parties and the court system.  A class action, however, presents far fewer management difficulties and provides the benefit of single adjudication, economy of scale and comprehensive supervision by a single court.

26.     **Pa. R. Civ. P. 1708(a)(3), (6), (7)—Risk of Inconsistent, Varying, or Prejudicial Adjudications.**  A class action will minimize the risk of inconsistent, varying or prejudicial adjudications.  If Plaintiff's and Class members' claims were tried separately,

Case ID: 250700570

Defendant would be confronted with incompatible standards of conduct and divergent court decisions.

27.     **Pa. R. Civ. P. 1708(a)(4)—Litigation Already Commenced.**  To Plaintiff's knowledge, there are no other cases that are currently pending against Defendant, where Massachusetts job applicants seek to represent a class of Massachusetts residents based on conduct alleged in this Complaint.  A case involving the same issues, *Forbes v. Aramark Services, Inc.*, Case No. 1:25-cv-10808-RGS (D. Mass.), was voluntarily dismissed with prejudice on June 20, 2025.  *See id.*, ECF No. 15.

28.     **Pa. R. Civ. P. 1708(a)(5)—Appropriateness of Forum.**  The most appropriate forum to concentrate the litigation is this County because the cause of action arose in this County; that is where Aramark has its principal place of business, from which it coordinated the unlawful conduct.

29.     **Support for Class Certification.**  Consistent with Pennsylvania Rule of Civil Procedure 1708(a)(6) and (7), there is support for a class to be certified because of the relatively low amount recoverable by each Class member and the expenses of individual litigation.

30.     **The General Applicability of Defendant's Conduct.**  Consistent with Pennsylvania Rule of Civil Procedure 1708(b)(2), Defendant's conduct is generally applicable to the class as a whole, making relief appropriate with respect to each Class member.

## CLAIMS FOR RELIEF
### <u>COUNT I</u>
### Declaratory and Injunctive Relief

31.     Plaintiff incorporates by reference and re-alleges each and every allegation set forth above as though fully set forth herein.

32.     Absent injunctive relief, Defendant may continue to violate the law and infringe upon the rights of Massachusetts job applicants.

33.     Plaintiff asks this court to declare Defendant's conduct unlawful and enjoin Defendant from using and disseminating job application materials that do not comply with Mass. Gen. Laws ch. 149, § 19B(2)(b).

6

Case ID: 250700570

## COUNT II
### Violation of M.G.L.A. 149, § 19B(2)(b)

34.    Plaintiff incorporates by reference and re-alleges each and every allegation set forth above as though fully set forth herein.

35.    Massachusetts law explicitly requires that companies soliciting applications for employment include the following language on all Massachusetts job applications: "It is unlawful in Massachusetts to require or administer a lie detector test as a condition of employment or continued employment. An employer who violates this law shall be subject to criminal penalties and civil liability."  Mass. Gen. Laws ch. 149, § 19B(2)(b).

36.    Until recently, Defendant did not include this statutorily-required language in its Massachusetts job applications, including the job applications filled out by Plaintiff and Class members.

37.    Pursuant to Mass. Gen. Laws ch. 149, § 19B(4), Plaintiff and Class members seek statutory damages of not less than five hundred dollars per violation and reasonable attorney's fees and costs as a result of Defendant's violations of Mass. Gen. Laws ch. 149, 19B(2)(b).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of all others similarly situated, seeks judgment against Defendant, as follows:

a.    Determining that this action is a proper class action;

b.    For an order certifying the Class, naming Plaintiff as representative of the Class, and naming Plaintiff's attorneys as Class Counsel to represent the Class;

c.    For an order declaring that Defendant's conduct violates the statute referenced herein;

d.    For an order finding in favor of Plaintiff and the Class, on all counts asserted herein;

e.    For compensatory, statutory, and punitive damages in amounts to be determined by the Court and/or jury;

f.    For prejudgment interest on all amounts awarded;

7

Case ID: 250700570

g.      For an order of restitution and all other forms of equitable monetary relief;

h.      For an order enjoining Defendant from continuing the illegal practices detailed herein and compelling Defendant to undertake a corrective advertising campaign; and

i.      For an order awarding Plaintiff and the Class their reasonable attorneys' fees and expenses and costs of suit.

## JURY DEMAND

Plaintiff hereby demands a trial by jury on all claims so triable in this action.

Dated:  July 3, 2025                    Respectfully submitted,

**EAST END TRIAL GROUP LLC**

By: */s/ Kevin Tucker*
      Kevin Tucker

Kevin Tucker (PA 312144)
Kevin Abramowicz (PA 320659)
6901 Lynn Way, Suite 503
Pittsburgh, PA 15208
Telephone: (412) 223-5740
Facsimile: (412) 626-7101
Email: ktucker@eastendtrialgroup.com
          kabramowicz@eastendtrialgroup.com

**BURSOR & FISHER, P.A**.
Joseph I. Marchese*
Matthew A. Girardi*
Julian C. Diamond*
1330 Avenue of the Americas, 32nd Floor
New York, NY  10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: jmarchese@bursor.com
          mgirardi@bursor.com
          jdiamond@bursor.com

*Pro Hac Vice Application Forthcoming*

*Attorneys for Plaintiff and the Putative Class*

8

Case ID: 250700570

### IN THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, PENNSYLVANIA

| | |
|---|---|
| COREY HARRAGHY, for himself and others similarly situated,<br><br>      Plaintiff,<br>v.<br><br>ARAMARK SERVICES, INC., F/K/A ARAMARK CORPORATION,<br><br>      Defendant. | CIVIL DIVISION<br><br>Case No. _____<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

### <u>VERIFICATION</u>

I, Corey Harraghy, hereby state:

1.      I am a plaintiff in this action;

2.      I verify that the statements made in the foregoing Complaint are true and correct to the best of my knowledge, information, and belief; and

3.      I understand that the statements in said Complaint are subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

Dated: <u>Jun 24, 2025      </u>

<u>Corey Harraghy (Jun 24, 2025 16:13 EDT)      </u>

Corey Harraghy

# Exhibit 1

Exemplar Job Application – Aramark Job ID 562844

Case ID: 250700570

# Food Service Worker - Essex County Correctional (MA)

## Middleton, MA

Posted 19 days ago    **Job ID:** 562844

Food Service     Hourly and Seasonal

**APPLY NOW**     ◄ Back to Search

Share this job

---

## JOB DESCRIPTION

The Corrections Oversight Worker supervises inmates to ensure that meal and food items are prepared in accordance with production plans. In this role, you will train workers in methods of performing duties, as well as assign and coordinate work to promote the efficiency of operations. This person is also responsible for the sanitation of the facility and maintaining personal safety, by conforming to all standards and regulations. Essential functions and responsibilities of the position may vary by Aramark location based on client requirements and business needs.

## JOB RESPONSIBILITIES

• Adhere to and maintain preparation and production guidelines according to Aramark standards by reviewing and approving production and temperature logs.
• Supervise inmates in food preparation and tray assembly.
• Ensure timely, efficient meal service and all Aramark guidelines are being met.
• Participate in preparation and serving of meals
• Prints and distribute recipes.
• Direct inmates in the use of Aramark recipes and train on proper cooking procedures.
• Ensure proper portions and any special dietary requirements are fulfilled.
• Obtain accurate daily population counts and review with staff.
• Adhere to security policies and procedures. Ensure storage area
• Ensure that all kitchen tools and equipment are returned to their

Chat with our Recruiting Assistant


Case ID: 260100370

Ensure all keys are returned and secured.

• Determines work procedures, prepares work schedules and sanitation schedules while ensuring that cooks, inmates and/or food service workers adhere to the assigned schedule.

• Assist in conducting inventory, properly receiving, and storing food and food related items. Requisition orders as needed for approval.

• Participates in the preparation/5 P's (Participation, Pulls, Production, Portion Control, and Postproduction), storage and assembly of meals and food items.

• Follows the Company's Standard of Operation for food handling and storage. Follows HACCP policies and procedures regarding proper food handling procedures.

At Aramark, developing new skills and doing what it takes to get the job done make a positive impact for our employees and for our customers. In order to meet our commitments, job duties may change or new ones may be assigned without formal notice.

## QUALIFICATIONS

• Must be over 18 years of age

• Minimum of one (1) year of food prep or related work preferred

• Previous supervisory experience preferred

• Previous experience interacting with inmates a plus

• Ability to motivate and supervise inmates and/or team members to attain quality and quantity of food production in a correctional work environment

• Must be able to obtain a food safety certification

• Ability to work independently with limited supervision

• Ability to exercise good judgment and tact

• Must be able to follow basic safety procedures and policies

• Must qualify for and maintain correctional facility security clearance

This role may have physical demands including, but not limited to, lifting, bending, pushing, pulling and/or extended walking and standing. This role may also require uniforms and/or usage of Personal Protective Equipment (PPE).

## EDUCATION

## ABOUT ARAMARK

**Our Mission**

Rooted in service and united by our purpose, we strive to do great things for each other, our partners, our communities, and our planet.

At Aramark, we believe that every employee should enjoy equal employment opportunity and be free to participate in all aspects of the company. We do not discriminate on the basis of race, color, religion, national origin, age, sex, gender, pregnancy, disability, sexual orientation, gender identity, genetic information, military status, protected veteran status or other characteristics protected by applicable law.

Chat with our
Recruiting Assistant

Case ID: 250700370

**About Aramark**

The people of Aramark proudly serve millions of guests every day through food and facilities in 15 countries around the world. Rooted in service and united by our purpose, we strive to do great things for each other, our partners, our communities, and our planet. We believe a career should develop your talents, fuel your passions, and empower your professional growth. So, no matter what you're pursuing - a new challenge, a sense of belonging, or just a great place to work - our focus is helping you reach your full potential. Learn more about working here at http://www.aramarkcareers.com or connect with us on Facebook, Instagram and Twitter.

**CORRECTIONAL FACILITIES**

## Pursue careers with a depth of meaning.

We partner with correctional facilities to support incarcerated individuals and their families across the country. To us, this work is about so much more than serving food and maintaining facilities. We're a deeply rooted part of inmates' rehabilitative journeys. Whether you're looking for a safe work environment or an opportunity close to home with the training you need to grow your experience, we're here to help.



**LEARN MORE**

## Here are a few more openings that you may be interested in:

Posted 19 days ago     **Job ID:** 562831

## Corrections Inmate Worker

Chat with our Recruiting Assistant



Case ID: 250700870

Middleton, MA

Food Service    Hourly and Seasonal

**APPLY**

---

Posted 20 days ago    **Job ID:** 562407

## Food Service Supervisor - Tewksbury Hospital

Tewksbury, MA

Food Service    Hourly and Seasonal

**APPLY**

---

Posted 19 days ago    **Job ID:** 562131

## Dietary Worker - UMass Lowell - Fox Hall - UMass Lowell - Fox Hall

Lowell, MA

Food Service    Hourly and Seasonal

**APPLY**

---

**Load More**

Chat with our
Recruiting Assistant 

Case ID: 250700370



**JOIN OUR**

# Talent Community

Be the first to get the latest updates and job opportunities.

HOURLY    SALARIED



**HIRING EVENTS**

## We'd love to meet you.

Whether virtual or in-person, we'd love to see you at one of our upcoming hiring events for hourly positions.

FIND ONE NEAR YOU

## Here's your seat at the table.

With open membership policies, our Employee Resource Groups create safe spaces for diverse community members and their allies to learn from each other, grow together, and pursue a better society for all.

LEARN MORE





Chat with our Recruiting Assistant

Case ID: 250700070



**LOOKING FOR A JOB RIGHT NOW?**

# See where we're hiring.

SEARCH JOBS









OPERATING IN

# 19

COUNTRIES

# 4

CONTINENTS

## ABOUT ARAMARK

We're a team of a quarter of a million people spanning four continents around the world. We create experiences that matter through our culture of inspired hospitality. Rooted in service, people doing things

Chat with our Recruiting Assistant

Case ID: 250700070

for each other, our partners, our communities, and our planet. We believe a career should develop your talents, fuel your passions, and empower your professional growth. No matter what you're searching for — a new challenge, a sense of belonging, or just a great place to work — our focus is helping you reach your full potential and giving you the opportunity to pursue what matters.

---



RT @CityYearPhilly: A few weeks ago, our Civic Engagement team partnered with @CareForce to host @Aramark Builds Community Day. Over 150 Ar... — **@AramarkCareers**



    



Follow Us on Facebook @**AramarkCareers**

---

TERMS & CONDITIONS
U.S. WORKFORCE PRIVACY NOTICE

---

**EEO STATEMENT**

We are committed to an equitable workplace engaging our employees and building trust in an environment where we value differences.

At Aramark, we believe that every employee should enjoy equal employment opportunity and be free to participate in all aspects of the company. We do not discriminate on the basis of race, color, religion, national origin, age, sex, gender, pregnancy, disability, sexual orientation, gender identity, genetic information, military status, protected veteran status or other characteristics protected by applicable federal, state or local law. Learn more about your workplace rights **here**.

Chat with our Recruiting Assistant





 Hello, I'm Allie, your personal recruiting assistant. Before we get started I'd like to make sure you have had a chance to read and agree to the terms below:

• By agreeing to these terms you allow us to collect personal information like your name, phone number, email, job interests, answers to screening questions and location.

• This data will be used by recruiters and hiring managers for recruiting purposes.

• We will keep your data until you request it to be deleted or consistent with legal and regulatory requirements.

• At any time you may view, delete, download or modify your personal information by asking Allie "can I see my data?"

• Aramark will attempt to make reasonable accommodations for employees' disabilities and religious beliefs as required by law. When you answer questions in this chat, please answer that you can perform the duty even if it will require a reasonable accommodation. Whether an accommodation is ultimately granted will be determined later in the process.

For more information, please review the following:

**Paradox** **Privacy Policy**

**Aramark** **Privacy Statement**

**Aramark** **US Workforce Privacy Notice**

**Aramark** **Consent To Electronic Signature**

[ Decline ]     [ Accept ]



## Allie

Feb 25, 2025 at 11:43 AM

 Hi, I'm Allie! As your personal Aramark job assistant, I will be helping you apply for this job. To begin your application, can you please provide your first and last name?


← REVIEW

Review terms before proceeding     →

Case ID: 250700570

Terms | Powered by Paradox

# 1. ABOUT THIS PRIVACY POLICY

Paradox, Inc. ("Paradox") is a cloud software company that provides recruiting products and services (the "Services") to employers that have entered into a written agreement with Paradox (each a "Client" and collectively "Clients").

At Paradox, we take data privacy seriously. This Policy describes our privacy practices for the activities set out in this Policy, including with respect to users of our Website, suppliers, and job applicants. Please read this Policy carefully, as it outlines how we collect, use, share, and otherwise process personal information from which an individual (and in some jurisdictions, a household) can be identified ("Personal Data"). Additionally, this Policy outlines your choices and rights with respect to our processing of your Personal Data.

# 2. PRIVACY POLICY SCOPE

This Policy does not apply to the information we process on behalf of our Clients, which is governed by the agreement(s) we have in place with the applicable Client. If you are a potential candidate, job applicant, or employee, who has submitted data to a Client, the use of your data is governed by the policies of that Client. For detailed privacy information regarding the use of your data by a Client, or to exercise your rights regarding such Personal Data, please reach out to that organization directly. Our Clients control the use of data we process on their behalf and determine their own privacy practices and security settings. Paradox may only access, share, distribute, or otherwise process personal data submitted to us by or on behalf of a Client as provided in the agreement between Paradox and that Client, as instructed by the Client, or as required by law.

We are not responsible for the privacy or data security practices of our Clients, which may differ from those set forth in this Policy.

This Policy does not apply to employees of Paradox.

The Website (as defined below) and Services may contain links to other websites, applications and services maintained by third parties. The privacy and data protection practices of such third parties are governed by the privacy policies of those organizations. Please review the privacy policies of those organizations to better understand their privacy practices.

# 3. PROCESSING ACTIVITIES

Paradox may process your Personal Data in a number of online and offline circumstances, including, without limitation, when you: (i) visit our websites that display or link to this Policy (the "Website"); (ii) visit our offices; (iii) communicate with Paradox via email, phone, or fax; (iv) interact with Paradox as a representative of a company that provides Paradox with goods or services (e.g. you are a Paradox supplier); (v) fill out a form online, at a conference, or at an event; (vi) register to attend an event or webinar; (vii) access or download certain content (such as a whitepaper); or (viii) apply for a job at Paradox.

# 4. COLLECTION OF PERSONAL DATA

## 4.1 PERSONAL DATA THAT YOU PROVIDE

The type of Personal Data that we may collect from you directly depends on how you interact with Paradox, including, without limitation, via phone, in person, or via the Website, and for what purposes, including as a:

› **Client or Potential Client:** If you are a representative of a company that has or is exploring a business relationship with Paradox, we may collect your business contact information and the types of Personal Data you may choose to provide to Paradox including, without limitation: full name, your email address, job title, company information, mailing address, IP address, general location, telephone number, professional information, device and usage information, unique identifiers and cookie data (as described below in this Section 4), or any other Personal Data that Paradox requests or you elect to provide.

**Potential Job Applicant:** As a potential applicant for employment, the types of Personal Data you may choose to provide to Paradox include, without limitation: your full name, email address, job title, company information, mailing address, IP address, general location, telephone number, professional and educational information, background information included in a CV/resume, device and usage information, unique identifiers, and cookie data (as described below in this Section 4), or any other Personal Data that Paradox requests or you provide.

**Paradox Supplier**: As a Paradox supplier the types of Personal Data you may choose to provide includes, without limitation: full name, your email address, job title, company information, mailing address, general location, telephone number, professional information, or any other Personal Data that Paradox requests or you elect to provide.

**Webinar or Event attendee:** When you register for an event or webinar, we may ask you to provide us with your contact information such as your name, business email, telephone number, and company name; your health and safety information such as your emergency contact and your dietary preferences; and/or a photo of yourself.

## 4.2 PERSONAL DATA WE COLLECT FROM OTHER SOURCES

We also collect Personal Data about you from other sources including third parties from whom we have purchased business contact information and from publicly accessible websites, such as LinkedIn or your company's website, professional network services, or press releases, which we may combine with Personal Data that you have provided to Paradox. Such Personal Data may include, without limitation, company information, phone numbers, job titles, mailing addresses, email

Case ID: 250700570

addresses, employment history, and Personal Data available at public facing websites and/or social media profiles. Please note that publicly available information is not considered Personal Data in some jurisdictions.

## 4.3 DEVICE AND USAGE DATA

When you visit the Website, our servers automatically record information that may include Personal Data. Personal Data we collect may include, without limitation: the web address you came from or are going to, your device model, your operating system, the type of web browser you are using, your internet service provider/mobile carrier, unique identifiers, your IP address, general location your mobile network carrier, the duration of your visit, your time zone, and additional information provided by your web browser or device. Whether we collect some or all of this information depends on the type of device you are using and your device settings. To learn more about what information your browser or device makes available to us, please check the policies of your device manufacturer or software provider. You may be able to control the Personal Data you provide to us through your settings and/or as described below.

## 4.4 COOKIES, AND OTHER TRACKING MECHANISMS

Like many companies, we and our third party providers use cookies and other technologies to receive and store certain types of information, which may include Personal Data, when you interact with us through your computer or mobile device. Using these technologies helps us customize your experience with the Website and/or our services and improve your experience and our Website and services through analytics and advertising services. Some information on these technologies, as well as the types of information we may use these technologies to collect, is included below:

› **Cookie Data:** A cookie is a small amount of data that a website stores on your device that we can later retrieve. When we use cookies, we may use cookies that last until you close your browser ("Session Cookies") or cookies that last until they are deleted by you or your browser ("Persistent Cookies"). Depending on how you are accessing the Website, we may use cookies or similar technology to administer the Website, store your preferences for certain kinds of information, analyze trends and gather information about Website visitors, or to make emails more useful or interesting (for example, we may receive a confirmation when you open an e-mail from us, if your device or settings support such capabilities). For further information about how cookies work, visit www.aboutcookies.org or www.allaboutcookies.org. The Help portion of the toolbar on most browsers will tell you how to manage your cookies as well. Visitors to the Website who disable cookies will be able to browse certain areas of the Website, but some features may not function as well. For information on how you can manage your cookie and/or email preferences, please review Section 7 "Accessing and Managing Your Personal Data" below.

**Cross-Device Use:** We and our third party providers, including Google, may use the Personal Data collected about you (whether directly from the Website, through your device(s), or from a third party) to help us and our third party providers identify other devices that you use (e.g., a mobile phone, tablet, other computer, etc.). We and our third party providers also may use cross-device and other information we learn about you to serve targeted advertising on your devices and to send you e-mails.

**Social Plugins:** We may use social plugins on the Website, such as plugins for Facebook, LinkedIn, Twitter, and Instagram. When you view a Website that contains a plugin, your browser will create a direct link to the third parties' servers. If you are logged into your social media account, the social media platform will record the visit to your social media account. Please visit the social media platform's privacy policy for more information.

**Third-Party Ad Networks:** We also use the Personal Data that we learn about you to assist us in advertising our Services on third-party websites and social media and to assist us in evaluating the success of our advertising campaigns on various platforms. You can control these settings as described below in Section 7.

Case ID: 250700570

# 5. HOW WE USE YOUR PERSONAL DATA

We collect and process Personal Data for the following purposes, such as:

› **Providing the Website or Services:** To provide the Website to you, to communicate with you about your use of the Website, to respond to your inquiries, and for other customer service purposes.

**Tailoring Content:** To tailor the content and information that we may send or display to you and to personalize your experiences while using the Website.

**Recruiting, Hiring, and Evaluating Applicants:** to review, assess, recruit, consider or otherwise manage Applicants, candidates and job applications, including:

› scheduling and conducting interviews;

identifying candidates, including by working with external recruiters;

reviewing, assessing and verifying information provided, and otherwise screening or evaluating applicants' qualifications, suitability and relevant characteristics;

extending offers, negotiating the terms of offers, and assessing salary and compensation matters;

satisfying legal and regulatory obligations;

communicating with applicants regarding their applications and about other similar position(s) for which they may be interested;

maintaining applicant Personal Data for future consideration; and

in support of our equal opportunity employment policy and practices.

**Contacting you about Potential Positions:** to identify other positions for which an applicant may be suited or interested, and to contact applicants about such positions. (If you do not wish to be contacted about potential positions, please let us know using the contact information in Section 11 or as otherwise described in this Policy.)

**Marketing and Communications:** For marketing, advertising and promotional purposes, for example, we may use your Personal Data, such as your email address, to send you news and newsletters, special offers, events, surveys, and promotions, or to otherwise contact you about services or information we think may interest you. We also use the Personal Data that we learn about you to assist us in advertising ourServices on third-party websites and social media and to assist us in evaluating the success of our advertising campaigns on various platforms.

**Improving the Website, Services and Security:** To improve the Website and/or Services and for other internal business purposes, such as detecting security incidents, debugging to identify and repair errors.

**Webinars and Events:** To manage, plan, and host the event; to send related communications and improve your experience at the event (including fostering communications and interactions among attendees); and to improve and enhance your experience in interacting with Paradox, including at future events.

**Research and Analytics:** To better understand how users access and use the Website and/or Services in order to improve the Website and/or Services and respond to user preferences, to administer surveys, programs and questionnaires, and for other research and analytical purposes.

Case ID: 250700570

**Legal Compliance:** To comply with legal obligations, as part of our general business operations, and for other business, compliance and administration purposes.

**Protecting Rights and Interests:** Where we believe necessary to investigate, to prevent or take action regarding suspicious, harmful or illegal activities, suspected fraud, situations involving potential threats to the safety of any person or us or violations of our agreements or this Policy.

**Health and Safety:** For health and safety purposes, such as contact tracing or including conducting appropriate screenings of applicants and visitors prior to entering or accessing certain locations or premises.

**Managing Potential Supplier and Supplier Relationships:** Paradox may collect and maintain Personal Data when vetting and reviewing potential vendors, purchasing products or services, or managing its relationships with its suppliers or potential suppliers.

**Notice:** For other purposes we may notify you of or that you consent to from time to time.

For UK and EU residents, further detail regarding these purposes and the associated lawful bases are set out in the European Addendum available at the following location: **https://www.paradox.ai/legal/eu-addendum**.

# 6. DISCLOSING OF PERSONAL DATA

### 6.1 DISCLOSURE OF PERSONAL DATA

Paradox may disclose Personal Data and other information as follows:

› **Affiliates:** We may disclose the Personal Data to our affiliates or subsidiaries; however, if we do so, their use and disclosure of your Personal Data will be subject to this Policy.

**Service Providers:** We may disclose Personal Data to third-party service providers who use this information to perform services for us, such as hosting providers, cloud services providers, customer service providers, event planners advisors, consultants, and/or support providers.

**Advertising, Social Media and Analytics Providers:** We share your Personal Data with advertising, social media and analytics providers as described above.

**Webinars, Events, and Other Activities Related to Paradox Offerings:** We may offer the following solely or jointly with third parties or partners: webinars, events, whitepaper downloads, or other resources related to Paradox Services. We may share your contact information and interests in these offerings or services with third parties to communicate with you about such resources and Paradox's offerings.

**Credit, Finance, and Background Check Providers:** We may share your information with credit, background checking or credit reporting agencies during the recruiting process as described in the notice/consent provided at that time

**Third Parties that Help Provide the Messaging Service:** We will not share your opt-in to an SMS short code campaign with a third party for purposes unrelated to supporting you in connection with that campaign. We may share your Personal Data with third parties that help us provide the messaging service, including, but not limited to, platform providers, phone companies, and other vendors who assist us in the delivery of text messages.

**Additional Disclosures:** Paradox may also disclose your Personal Data when you direct us to, or otherwise give your specific consent, or with others for any legitimate business purpose that does not conflict with the statements made in

Case ID: 250700570

**6.2 DISCLOSURE OF PERSONAL DATA AS REQUIRED BY LAW, ACQUISITION OR MERGER**

We may disclose your Personal Data if we are required to do so by law or we, in good faith, believe that such action is necessary to: (i) comply with the law or with legal processes; (ii) protect and defend our rights and property; (iii) protect against misuse or unauthorized use of the Websites and/or Services; or (iv) protect the safety or property of our users or the public (among other things, this means that if you provide false information or attempt to pose as someone else, information about you may be disclosed as part of any investigation into your actions).

If Paradox goes through a business transition, such as a merger, acquisition, or sale of all or a portion of its assets, your Personal Data may be among the assets transferred.

**6.3 AGGREGATE OR DE-IDENTIFIED INFORMATION**

We may disclose aggregate, or de-identified information about users for marketing, advertising, research, compliance, or other purposes.

**6.4 CROSS-BORDER TRANSFERS**

We may transfer your Personal Data across borders to fulfil any of the purposes described in this Policy, which may make that Personal Data subject to applicable laws in those jurisdictions. You may contact us (as set out in Section 7, below) to obtain more information about our policies and practices regarding our transfer of Personal Data across borders, or to ask questions about the collection, use, disclosure or storage of Personal Data by us or our providers. Please visit Section 9 for additional information on how we transfer data in accordance with EU/UK requirements.

# 7. YOUR PRIVACY CHOICES; ACCESSING AND MANAGING YOUR PERSONAL DATA

You may have the right to change your preferences or exercise certain control over your Personal Data. Where you have consented to our processing of your Personal Data, you may withdraw that consent at any time and prevent further processing by contacting us as described below subject to certain exceptions as described to you and/or allowed by law.

**7.1 EMAIL**

As described above, if you do not wish to receive promotional e-mails from us, you may change your preferences by following the unsubscribe link contained in the e-mail itself or contacting us as described below. Please also note that if you opt out of receiving promotional communications from us, we may continue to communicate with you regarding service-related issues. We maintain and process requests for telephone "do-not-call", "do-not-mail"and do-not-contact lists as required by law

**7.2 SMS**

Case ID: 250700570

If you do not wish to continue receiving SMS messages, you may opt-out of receiving mobile message services by replying STOP, STOP ALL, UNSUBSCRIBE, CANCEL, END or QUIT to any mobile message that you have received from Paradox. After sending such message, you may receive an additional mobile message confirming your decision to opt-out.

### 7.3 COOKIES AND INDUSTRY PROGRAMS

You may stop or restrict the placement of cookies on your computer or remove them from your browser by adjusting your web browser preferences or by visiting the "Your Privacy Choices" link in the footer of the Website. Please note that blocking or deleting non-essential cookies may affect the Websites' functionality and that any choice with regards to cookie-based advertising only applies to the web browser and device through which you exercise that choice. If you delete your cookies, you may need to reapply your choices. Additionally, you will still continue to see certain advertising, including potentially from Paradox, even if you opt-out of personalized advertising.

You can also control how participating third-party ad companies use the Personal Data that they collect about your visits to our Websites, and those of third parties, in order to display more relevant targeted advertising to you. If you are in the U.S., you can obtain more information and opt out of receiving targeted ads from participating third-party ad networks at **aboutads.info/choices** (Digital Advertising Alliance). You may also download the DAA AppChoices (**https://youradchoices.com/appchoices**) tool in order to help control interest-based advertising on apps on your mobile device). In addition, users in other countries may obtain more information at the following links:

› EU Users: **youronlinechoices.eu** (European Interactive Digital Advertising Alliance)

Canada Users: **youradchoices.ca/choices/** (Digital Advertising Alliance of Canada)

Japan: **http://www.ddai.info/optout** (Data Driven Advertising Initiative in Japan)

# 8. YOUR CALIFORNIA PRIVACY RIGHTS

In this section, we provide additional information to California residents about how we handle their Personal Data as defined under California privacy laws including the California Consumer Privacy Act, as amended ("CCPA"). This section does not apply to our handling of information that is exempt under the CCPA such as publicly available information, de-identified or aggregated information or information that is covered under another law such as HIPAA or the FCRA. This Policy also does not apply to the Personal Information we collect from our contractors, or our employees, which are subject to different notices.

Where we have committed to maintaining and using Personal Data in a deidentified form, we agree not to reidentify deidentified data except as permitted by applicable law.

### 8.1 OUR ROLE AS A SERVICE PROVIDER UNDER CCPA

As a Service Provider under the CCPA, we process or maintain Personal Data on behalf of our business Clients that provide Personal Data to us in compliance with written contracts that we enter into with our business Clients directly. Please note that for Personal Data that we process on behalf of a Client, in our capacity as a processor or service provider, we will

provide reasonable assistance to that Client as necessary to enable them to respond to your requests to exercise your privacy rights.

## 8.2 OUR ROLE AS A BUSINESS UNDER THE CCPA

In general, under the CCPA, we are a Business (as defined under the CCPA) when we operate our Website and act as an employer (employee notices are available on the intranet). As described in more detail in Section 5 "How We Use Your Personal Data", we collect, use and otherwise process the above personal information in order to provide our Services to you, respond to and fulfil your orders and requests, as otherwise directed or consented to by you, and for the following business or commercial purposes: services and support, analytics and improvement, customization and personalization, marketing and advertising, planning and managing events, research and surveys, security and protection of rights, legal proceedings and obligations, and general business and operational support.

As a Business, we notify and provide California residents with the following rights with respect to their Personal Data, which are subject to certain exceptions:

› **Do-not-sell (opt-out):** to opt out of the sale of Personal Data, if any. For information on how to opt out of "sales" or "sharing" of Personal Data (as these terms are defined under the CCPA or other applicable US state privacy laws, and as applicable to Paradox), please refer to Section 8.5, below.

**Limit uses and disclosures of sensitive personal information:** to limit certain uses or disclosures of sensitive personal information to those uses authorized by the CCPA (as described below).

**Right of deletion:** to request deletion of their Personal Data that we have collected about them and have such Personal Data deleted (without charge), subject to certain exceptions. For information on how to exercise such right of deletion, please refer to Section 8.5, below.

**Right to correct:** to request the correction of inaccurate Personal Data.

**Right to know/access:** to confirm whether we are processing your Personal Data and to access such Personal Data and obtain a copy of the Personal Data in a portable and, to the extent technically feasible, readily usable format and with respect to the Personal Data that the Business has collected about them to require disclosure by the Business of the following (up to twice per year and subject to certain exemptions):

› categories of Personal Data collected,

categories of sources of Personal Data,

categories of Personal Data that the Business has disclosed or shared with a third party for a business purpose or sold,

categories of third parties with whom Personal Data has been disclosed or shared,

the business or commercial purposes for collecting or selling Personal Data,

a copy of the specific pieces of Personal Data collected

For information on how to exercise such rights, please refer to Section 8.5, below.

› Right to non-discrimination: the right not to be subject to discriminatory treatment for exercising their rights under the CCPA.

## 8.3 CATEGORIES OF PERSONAL DATA UNDER THE CCPA COLLECTED AND DISCLOSED

Case ID: 250700570

While our collection, use and disclosure of Personal Data varies based upon our relationship and interactions with you, we describe, generally, the categories of Personal Data that we have collected about California residents in the prior twelve (12) months, as well as the categories of third parties to whom we may disclose this Personal Information for a business or commercial purpose. For more information about the business and commercial purposes, for which we may disclose your Personal Information, please see Section 5. How We Use Your Personal Data section above.

| Personal Information Collected | | Third Party Disclosures for Business or Commercial Purposes |
|---|---|---|
| Categories | Description | |
| Identifiers | Includes name, alias, address, unique personal identifier, online identifier, Internet Protocol (IP) address, email address, account name, or similar information. | <ul><li>advisors and agents</li><li>government entities and law enforcement</li><li>affiliates and subsidiaries</li><li>advertising networks</li><li>data analytics providers</li><li>social networks</li><li>internet service providers</li><li>operating systems and platforms</li><li>business customer/client</li><li>others as required by law</li></ul> |
| | Also includes identifiers such as Social Security number, passport number and drivers' license or state identification card number. | <ul><li>advisors and agents</li><li>government entities and law enforcement</li><li>affiliates and subsidiaries</li><li>others as required by law</li></ul> |
| Categories of Personal Information Described in Cal. Civ. Code § 1798.80 | Includes records containing Personal Information, such as name, photographs (if you choose to post on our Website), address, telephone | <ul><li>advisors and agents</li><li>government entities and law enforcement</li><li>affiliates and subsidiaries</li><li>internet service providers</li><li>operating systems and platforms</li><li>business customer/client</li><li>others as required by law</li></ul> |
| Internet or Other Electronic Network Activity Information | Includes information regarding your use of our browsing history, clickstream data, search history, and information regarding interaction with our Sites, Apps, or advertisements, including access logs and other activity information related to the use of our Services | <ul><li>advisors and agents</li><li>government entities and law enforcement</li><li>affiliates and subsidiaries</li><li>advertising networks</li><li>data analytics providers</li><li>social networks</li><li>internet service providers</li><li>operating systems and platforms</li><li>business customer/client</li><li>others as required by law</li></ul> |
| Professional or Employment-related Information. | Such as performance information, professional membership records, references, assessment records, resumes, cover letters and work history, attendance records, conduct information (including disciplinary and grievance records), and termination data. | <ul><li>advisors and agents</li><li>government entities and law enforcement</li><li>affiliates and subsidiaries</li><li>internet service providers</li><li>government entities</li><li>operating systems and platforms</li><li>others as required by law</li></ul> |

| Education Information | Such as degrees earned, educational institutions attended, transcripts, training records and other information about your educational history or background that is not publicly available personally identifiable information as defined under the Family Educational Rights and Privacy Act. | • advisors and agents<br>• affiliates and subsidiaries<br>• government entities<br>• internet service providers<br>• operating systems and platforms<br>• others as required by law |
|---|---|---|
| Characteristics of Protected Classifications | Includes characteristics of protected classification sunder California and federal laws such as date of birth and gender. | • advisors and agents<br>• affiliates and subsidiaries<br>• advertising networks<br>• internet service providers<br>• operating systems and platforms<br>• data analytics providers<br>• government entities<br>• data brokers<br>• others as required by law |
| Profiles and Inferences | Includes inferences drawn from other Personal Information that we collect to create a profile reflecting an individual's preferences and purchase tendencies. | • advisors and agents<br>• government entities and lawenforcement<br>• affiliates and subsidiaries<br>• advertising networks<br>• data analytics providers<br>• social networks<br>• internet service providers<br>• operating systems and platforms<br>• business customer/client<br>• others as required by law |
| Sensitive Personal Information | We may collect limited "Sensitive Personal Information" (as defined by the CCPA) including: (a) Social Security number and other government identifiers; (b) driver's license, state identification card, or passport number; (c) precise geolocation;(d) health and disability information (e.g., as necessary to provide reasonable accommodations). | • advisors and agents<br>• affiliates and subsidiaries<br>• advertising networks<br>• data analytics providers<br>• government entities<br>• others as required by law |

**Sale and Sharing of Personal Information.** Additionally, the CCPA defines "sale" as disclosing or making available to a third-party Personal Data in exchange for monetary or other valuable consideration, and "sharing" includes disclosing or making available Personal Data to a third party for purposes of cross-contextual behavioral advertising. While we do not disclose Personal Data to third parties in exchange for monetary compensation, we may disclose the following categories of Personal Data: identifiers, profiles and inferences, and internet or other electric network activity information to third party advertising networks, data analytics providers, and social networks for purposes of marketing and advertising. We do not sell or share Sensitive Personal Information, nor do we sell or share any Personal Information about individuals who we know are under sixteen (16) years old.

**Sensitive Personal Information.** Notwithstanding the purposes described above, we do not use or disclose of sensitive personal information beyond the purposes authorized by the CCPA. Accordingly, we only use and disclose sensitive personal information as reasonably necessary: to perform our services requested by you; to help ensure security and integrity, including to prevent, detect, and investigate security incidents; to detect, prevent and respond to malicious, fraudulent, deceptive, or illegal conduct; to verify or maintain the quality and safety of our services; for compliance with our

legal obligations; to our service providers who perform services on our behalf; and for purposes other than inferring characteristics about you.

### 8.4 SOURCES OF PERSONAL DATA.

We may collect Personal Data from the sources and in the manner set out in Section 4 including: directly from the individual, advertising networks, data analytics providers, social networks, internet service providers, operating systems and platforms, government entities, and data brokers.

### 8.5 PRIVACY REQUESTS AND CHOICES

› **Exercising Rights to Know/Access, Correct, or Delete:** To exercise applicable rights to know/access, correct, or delete, please submit a request by: (i) emailing **privacy@paradox.ai** with the subject line "California Privacy Request"; (ii) contacting us via postal mail at the address listed in Section 11 "Contact Paradox", below or calling us at **(888) 283-4817**.
**Do Not Sell or Share my Personal Information:** To opt out of Paradox's sale or sharing of your Personal Data, as applicable, visit the "Do Not Sell or Share My Personal Information" link in the footer of the Website or use a Global Privacy Control ("**GPC**") enabled browser or plug-in. If our website detects that your browser is transmitting a GPC signal, we will apply that to opt-out that browser on your device from targeting cookies on our Website. If you visit our Website from a different device or browser on the same device, you will need to apply GPC for that browser and/or device as well. To learn more about GPC, please visit **http://globalprivacycontrol.org**.

### 8.6 VERIFICATION PROCESS

As a Business, Paradox takes all reasonable precautions to verify your identity in connection with fulfilling its responsibilities under the CCPA. The verification steps may vary — depending on the right and the nature and sensitivity of the Personal Data.

We will process your request based upon the information in our records that is linked or reasonably linkable to the information provided in your request. In some cases, additional information may be requested in order to verify your request or where necessary, to process your request. If we are unable to adequately verify a request, we will notify the requestor. Authorized agents may initiate a request on behalf of another individual by following the instructions above. Authorized agents will be required to provide proof of their authorization and/or we may also require that the relevant individual directly verify their identity and the authority of the authorized agent.

# 9. GLOBAL PRIVACY

Personal Data collected by Paradox may be stored and processed in the United States or in any other country where Paradox or its affiliates, subsidiaries, or third party service providers maintain facilities. When you provide Personal Data to Paradox, you consent to the processing and transfer of your information within the United States and around the world. We follow data protection laws applicable to us when transferring Personal Data.

### 9.1 EUROPEAN PRIVACY RIGHTS

Case ID: 250700570

A summary of applicable European privacy rights is set out below. You can find a detailed description of such rights as well as more detail regarding how Paradox processes Personal Data in compliance with European laws at the following location: **https://www.paradox.ai/legal/eu-addendum**.

› **Lawful Bases for Processing:** Paradox will process your Personal Data for the legitimate interests of Paradox, or, when needed, with your explicit consent. If you have provided consent for the processing of your Personal Data, you have the right to withdraw consent at any time, which will not affect the lawfulness of the processing before your consent was withdrawn. Paradox may also process your Personal Data for other legal basis, for example, we may have a legal obligation to process your Personal Data, such as in response to a court or regulator order. We also may need to process your Personal Data to protect vital interests, or to exercise, establish, or defend legal claims.

**Data Subject Rights:** You have the right to request access to and rectification or erasure of your Personal Data, as well as the right to restrict processing, object to processing, and, under certain circumstances, exercise the right to data portability. You have the right to lodge a complaint as described under Section 9.2 and with a data protection supervisory authority if you believe that we have not complied with the requirements of the EU General Data Protection Regulation or UK law with regard to your Personal Data.

**Contacting Paradox:** EU and UK individuals with GDPR complaints are encouraged to contact our Data Protection Officer, whose contact information is listed under Section 11.2. Those individuals also have the right to file a grievance directly with their local Data Protection Administrator ("DPA"). To find out more about the relevant DPA's:

› EU individuals can refer to **https://edpb.europa.eu/about-edpb/board/members_en**

UK individuals can find information about the Information Commissioner's Office by going to **https://ico.org.uk**.

**9.2 TRANSFERS OF EU OR UK PERSONAL DATA**

Paradox may process your Personal Data outside of your jurisdiction, and in countries that are not subject to an adequacy decision by the European Commission or your local legislature or regulator, and that may not provide for the same level of data protection as your jurisdiction, such as the EEA. Paradox ensures that the recipient of your Personal Data offers an adequate level of protection and security, for instance by entering into the appropriate back-to-back agreements and, if required, standard contractual clauses for the transfer of data, such as those approved by the European Commission (Art. 46 GDPR).

**9.3 EU-U.S., UK-U.S., and Swiss-U.S. Data Privacy Framework**

Paradox complies with the EU-U.S. Data Privacy Framework (EU-U.S. DPF), the UK Extension to the EU-U.S. DPF, and the Swiss-U.S. Data Privacy Framework (Swiss-U.S. DPF) as set forth by the U.S. Department of Commerce. Paradox has certified to the U.S. Department of Commerce that it adheres to the EU-U.S. Data Privacy Framework Principles (DPF Principles) with regard to the processing of personal data received from the European Union in reliance on the EU-U.S. DPF and from the United Kingdom (and Gibraltar) in reliance on the UK Extension to the EU-U.S. DPF.  Paradox has certified to the U.S. Department of Commerce that it adheres to the Swiss-U.S. Data Privacy Framework Principles (Swiss-U.S. DPF Principles) with regard to the processing of personal data received from Switzerland in reliance on the Swiss-U.S. DPF. The following US based entities adhere to the DPF principles and are covered under Paradox's DPF submission:

› Woofound, Inc. d/b/a Traitify, 6330 E. Thomas Road, Suite #200, Scottsdale, Arizona 85251

Case ID: 250700570

If there is any conflict between the terms in this privacy policy and the DPF Principles and/or the Swiss-U.S. DPF Principles, the Principles shall govern. To learn more about the Data Privacy Framework (DPF) Program, and to view our certification, please visit **https://www.dataprivacyframework.gov/**.

With respect to personal data received or transferred pursuant to the Data Privacy Frameworks, Paradox is subject to the investigatory and enforcement powers of the U.S. Federal Trade Commission.

Pursuant to the DPF Program, EU, UK, and Swiss individuals have the right to obtain our confirmation of whether we maintain personal information relating to you in the United States. Upon request, we will provide you with access to the personal information that we hold about you. You may also correct, amend, or delete the personal information we hold about you. An individual who seeks access, or who seeks to correct, amend, or delete inaccurate data transferred to the United States under the DPF, should direct their query to **privacy@paradox.ai**. If requested to remove data, we will respond within a reasonable timeframe.

We will provide an individual opt-out choice, or opt-in for sensitive data, before we share your data with third parties other than our agents, or before we use it for a purpose other than which it was originally collected or subsequently authorized. To request to limit the use and disclosure of your personal information, please submit a written request to **privacy@paradox.ai**.

In certain situations, we may be required to disclose personal data in response to lawful requests by public authorities, including to meet national security or law enforcement requirements.

Paradox's accountability for personal data that it receives in the United States under the DPF and subsequently transfers to a third party is described in the DPF Principles. In particular, Paradox remains responsible and liable under the DPF Principles if third-party agents that it engages to process personal data on its behalf do so in a manner inconsistent with the DPF Principles, unless Paradox proves that it is not responsible for the event giving rise to the damage.

In compliance with the Data Privacy Framework Principles, Paradox commits
to resolve complaints about your privacy and our collection or use of your personal information transferred to the United States pursuant to the Data Privacy Frameworks. European Union, United Kingdom, and Swiss individuals with DPF inquiries or complaints should first contact Paradox by email at
**privacy@paradox.ai**.

Paradox has further committed to refer unresolved privacy complaints under the Data Privacy Framework Principles to a U.S.-based independent dispute resolution mechanism, BBB NATIONAL PROGRAMS. If you do not receive timely acknowledgment of your complaint, or if your complaint is not satisfactorily addressed, please visit www.bbbprograms.org/dpf-complaints for more information and to file a complaint. This service is provided free of charge to you.

If your DPF complaint cannot be resolved through the above channels, under certain conditions, you may invoke binding arbitration for some residual claims not resolved by other redress mechanisms. See
**https://www.dataprivacyframework.gov/framework-article/ANNEX-I-introduction** for more information on this process.

## 9.4 PRIVACY RIGHTS IN CANADA

The following apply to individuals in Canada:

Case ID: 250700570

›  › **Consent:** We will obtain your consent to collect, use or disclose Personal Data except where we are authorized or permitted by law to do so without consent. For example, we may collect, use or disclose Personal Data without your knowledge or consent where:

› the information is publicly available, as defined by statute or regulation;

› we are obtaining legal advice; or

› we reasonably expect that obtaining consent would compromise an investigation or proceeding.

Other exceptions may apply. Your consent can be express, implied or given through an authorized representative such as a lawyer, agent or broker. Consent may be provided orally, in writing, electronically, through inaction (such as when you fail to notify us that you do not wish your Personal Data collected/used/disclosed for various purposes after you have received notice of those purposes) or otherwise. You may withdraw consent at any time, subject to legal, contractual and other restrictions, provided that you give reasonable notice of withdrawal of consent to us. On receipt of notice of withdrawal of consent, we will inform you of the likely consequences of the withdrawal of consent, which may include the inability of us to provide portions of the Website or other services for which that information is necessary.

**Limits on Collection of Personal Data:** We will not collect Personal Data indiscriminately but will limit collection of personal information to that which is reasonable and necessary. We will also collect Personal Data as authorized by law.

**Limits for Using, Disclosing and Retaining Personal Data:** Your Personal Data will only be used or disclosed for the purposes set out herein and as authorized by law.

We will keep Personal Data used to make a decision affecting you for at least one year after using it to make the decision, except to the extent that you delete or remove that information yourself. We will destroy, erase or make anonymous documents or other records containing Personal Data as soon as it is reasonable to assume that the original purpose is no longer being served by retention of the information and retention is no longer necessary for a legal or business purpose. We will take due care when destroying Personal Data so as to prevent unauthorized access to the information.

**Access:** Upon written request to our Privacy Officer and authentication of identity, we will provide you your Personal Data under our control. We will also give you information about the ways in which that information is being used and a description of the individuals and organizations to whom that information has been disclosed. We may charge you a reasonable fee for doing so.

We will make the information available within 30 days of receiving a written request or provide written notice where additional time is required to fulfil the request. In some situations, we may not be able to provide access to certain Personal Data (e.g., if disclosure would reveal Personal Data about another individual, the Personal Data is protected by solicitor/client privilege, the information was collected for the purposes of an investigation or where disclosure of the information would reveal confidential commercial information that could harm the competitive position of us). We may also be prevented bylaw from providing access to certain Personal Data. Where an access request is refused, we will notify you in writing, document the reasons for refusal and outline further steps which are available to you.

**Accuracy:** We will make a reasonable effort to ensure that Personal Data we are using or disclosing is accurate and complete. If you demonstrate the inaccuracy or incompleteness of Personal Data, we will amend the information as required. If appropriate, we will send the amended information to third parties to whom the information has been disclosed. When a challenge regarding the accuracy of Personal Data is not resolved to your satisfaction, we will annotate the Personal Data under our control with a note that the correction was requested but not made.

Case ID: 250700570

# 10. ADDITIONAL PRIVACY INFO

**10.1 SECURITY**

Paradox employs reasonable and appropriate physical and logical security measures designed to protect Personal Data. Please be aware that despite these measures, no data security measures can guarantee 100% security.

You should take steps to protect against unauthorized access to your password, mobile device, and computer by, among other things, signing off after using a shared computer, choosing a robust and unique password for each account that nobody else knows or can easily guess, and keeping your log-in and password private. You are responsible for maintaining the security of your password or other form of authentication involved in accessing password-protected or secured resources. In order to protect you and your information, Paradox may suspend your use of the Website and/or services without notice, pending an investigation, if any suspicious activity or security breach is suspected. We are not responsible for any lost, stolen, or compromised passwords or for any unauthorized account activity that may result.

**10.2 DATA RETENTION**

We will retain your Personal Data as long as reasonably necessary to fulfil the purposes we collected it for, including for the purposes of satisfying any legal, regulatory, tax, accounting or reporting requirements, subject to certain exceptions as described to you and/or allowed by law. Our Clients and other third parties may have different practices, and you should refer to their privacy policies.

We may retain your Personal Data for a longer period in the event of a complaint or if we reasonably believe there is a prospect of litigation or other lawful basis.

To determine the appropriate retention period for Personal Data, we consider the amount, nature and sensitivity of the Personal Data, the potential risk of harm from unauthorized use or disclosure of your Personal Data, the purposes for which we process your Personal Data and whether we can achieve those purposes through other means, and the applicable legal, regulatory, tax, accounting, compliance or other requirements.

**10.3 CHILDREN'S PERSONAL DATA**

Paradox does not direct any of its communications to, or knowingly collect Personal Data from, children. If we discover that a child has provided us with Personal Data, we will promptly delete such Personal Data from our systems

**10.4 CHANGES TO THIS PRIVACY STATEMENT**

We reserve the right to change or update this Policy at any time. Changes to the Policy will be posted at this URL. We encourage you to periodically review this Policy for any changes.

# 11. CONTACT PARADOX

**11.1 UPDATING YOUR CHOICES**

If you have any questions regarding our Policy, or if at any time after providing your Personal Data to Paradox, you want to change your Personal Data, or if you would like to assert any of the rights listed above, please direct your request to **privacy@paradox.ai**, call us at **(888) 283-4817**, or contact us via postal mail at the contact information listed below

**11.2 PARADOX CONTACT INFORMATION**

You may reach our Data Privacy Officer at **privacy@paradox.ai** or by calling us at **(888) 283-4817**.

Alternatively, you may reach us by addressing regular mail to the following addresses:

Paradox, Inc.
Attention: Privacy or Data Protection Officer
6330 E. Thomas Rd., Suite #200
Scottsdale, Arizona 85251
United States

Case ID: 250700570


# Privacy Policy

LAST UPDATED: January 1, 2025

**Aramark U.S. Privacy Policy Scope**

Aramark (also "we," "us," or "our") offers a broad range of services designed to suit the diverse and ever-changing needs of our clients. In order to perform and tailor our services, we collect certain personal information. We take privacy very seriously, and we want you to know how we collect, use, share, and protect information about you and how you can exercise your privacy rights. By interacting with Aramark through our websites, technologies, products, and services, you consent to the use of information that is collected or submitted as described in this "Privacy Policy."

This Privacy Policy applies to our businesses within the United States of America and provides an overview of our practices across all of our U.S. service offerings. Aramark may also provide supplemental privacy notices to you at specific points where we collect information about you in order to provide additional details about our practices that are applicable to specific products, services, and locations.  You should read this Privacy Policy in conjunction with such additional privacy notices. Aramark also maintains some additional privacy policies that are specific to lines of business or to address specific legal requirements. In all cases, this Privacy Policy is subject to applicable law.

This Privacy Policy only applies to personal information that Aramark collects. Please be aware that, in connection with your interactions with Aramark, you may at times share information directly with third parties.  For example, you may access a third-party website through a link from Aramark, you may interact with one of our clients or partners in conjunction with our services, or you may communicate with us through a third-party platform. In these circumstances, Aramark does not have control over what information such third party may collect about you or how that information is used or shared. To learn about how a third party collects, uses, and shares your information, and how to exercise your privacy rights with respect to such third-party processing, please review such third party's privacy notice.

Also, generally speaking, please be assured that Aramark does not sell or rent your information to data brokers or to third parties purely for our profit, or disclose it in any way other than those disclosed in this Privacy Policy.  There are instances where Aramark has shared personal information in order to provide our customers with personalized services or customized offers to improve your online experiences, and to improve our products and services.  As explained more fully below, we do this in ways that are intended to extend the Aramark experience to our customers in a variety of environments.

We may receive, collect, use, and/or create anonymized, de-identified, or aggregated information so that it will no longer be considered personal information and use and disclose such information for purposes as permitted by applicable law. Once anonymized, de-identified, or aggregated, we will not attempt to re-identify this information, and we will prohibit third parties with whom we share this information from re-identifying it as well.

For California or Texas residents, please scroll down for more information about your California or Texas privacy rights.

**Types of Information We Collect**

When you interact with Aramark, we may collect certain information about you. Please see the list below to understand what information we collect, the sources of that information, how and why we will use that information, and the potential other recipients of that information. As noted above, we may provide additional details to you about how we collect, use, and share your information at the time of collection (for example, at the time you choose to take a consumer survey that we administer).

**Category of Personal Information Collected**

- **"Identifying Information"**, such as your name, mailing address, email address, day and month of birth, and telephone number.

Case ID: 250700570

**Source of Information**

- We may collect Identifying Information from you when you visit and use our websites and other technology, order our products or services, communicate with us by mail, phone, or email, and/or fill out requests for information through our advertisements, surveys, or promotions. We also may receive Identifying Information from third parties that are authorized to provide us with such information.

**Purpose for Collection**

- We use Identifying Information to better serve our customers by making their interactions with us more relevant and enjoyable. We do so by responding to and fulfilling your requests, improving our services, customizing your interactions with us, and communicating with you for marketing and other purposes. For example, we may use Identifying Information to provide you with special offers, notify you of new products, provide customer service, and follow up with you regarding your needs and requests. See the "How to opt-out" section below for more information about how to opt-out of such promotional and marketing materials.

**Categories of Recipients**

- We may disclose Identifying Information with service providers to help us achieve the purposes outlined above. Identifying Information may be disclosed to or combined between affiliates, partners, or other related entities of Aramark for internal business and marketing/promotional purposes. Identifying information, including mailing lists, may also be disclosed by Aramark with other third parties for their marketing/promotional purposes. See the "Additional Ways We May Share Information About You" section below for more information.

**Category of Personal Information Collected**

- **"Sensitive Personal Information"**, such as your driver's license number, state identification card, precise geolocation (if you permit us to obtain your precise geolocation), your race, your ethnic origin, and biometric data; combination of email address, financial account, debit card, or credit card with security or access code, password, or other credentials allowing access to your account.

**Source of Information**

- We may collect Sensitive Personal Information from you when you visit and use our websites and other technology, order our products or services, communicate with us by mail, phone, or email. We also may receive Sensitive Personal Information from third parties that are authorized to provide us with such information.

**Purpose for Collection**

- We use Sensitive Personal Information to deliver products and services that you have requested. to respond to and/or fulfill your requests, to provide offers that may be of interest to you, for analytical and demographic purposes, and to protect the security or integrity of the Sites and our business, such as by protecting against and preventing fraud, unauthorized transactions, and managing risk exposure, including by identifying potential hackers and other unauthorized users. Your sensitive personal information will not be used for any additional purposes that are incompatible with these purposes unless we provide you with notice of those additional purposes.

**Categories of Recipients**

- We may share Sensitive Personal Information with service providers to help us achieve the purposes outlined above and as permitted by law.

**Category of Personal Information Collected**

- **"Payment and Order Information"**, such as shipping and billing addresses, together with purchase details (products, color, size, quantity, price), card issuer and card type, credit or debit card number, expiration date,

Case ID: 250700570

CVV code, and/or any communications we have received about your order or purchase, including information you provide about a third-party such as a recipient's address, contact details or method of delivery for goods or services, if different from yours.

**Source of Information**

- We may collect Payment and Order Information when you make a purchase from us or one of our partners through our websites or other technology, or at the physical locations where we operate.

**Purpose for Collection**

- We use the Payment and Order Information to fulfill your purchases, specifically for shipping and billing.

**Categories of Recipients**

- We may disclose Payment and Order Information with services providers to help us achieve the purposes outlined above.

**Category of Personal Information Collected**

- **"Device Information"**, related to your interactions with us, such as device information, geo-location, browser type and operating system, Internet Protocol (IP) address (a unique number that identifies your internet access), cookie information, pages viewed and accessed (including those viewed before and after interacting with our websites), how long you accessed our websites and other technology in any given session, and the date and time of access.

**Source of Information**

- We may collect Device Information automatically when you visit our websites or other technology, or otherwise interact with us. See below for more information on cookies and other technologies used by Aramark.

**Purpose for Collection**

- We use Device Information to ensure that our technology works properly, that you can see and use our intended functionality, and that our technology is secure.  We also may use Device Information for analytics and marketing purposes.

**Categories of Recipients**

- We may disclose Device Information with service providers to help us achieve the purposes outlined above. See the "The Use of Web Technology" section below for more information.

**Category of Personal Information Collected**

- **"Demographic Information"**, such as age, gender, geography, etc.

**Source of Information**

- We may collect Demographic Information that you choose to provide to us when you create profiles, participate in promotions, surveys, and otherwise interact with us.  We also may receive Demographic Information from third parties that are authorized to provide us with such information.

**Purpose for Collection**

Case ID: 250700570

- We use Demographic Information to improve our services and offer our customers a more customized experience. When we use Demographic Information, it is generally aggregated and anonymized.

**Categories of Recipients**

- We may disclose Demographic Information with service providers to help us achieve the purposes outlined above.  When we share Demographic Information, it is generally aggregated and anonymized.

**Category of Personal Information Collected**

- "**User Preferences**", such as food preferences, dietary restrictions, and related information, purchasing preferences, sizes, favorite locations, and preferred hours to receive services.

**Source of Information**

- We may collect User Preferences when you make purchases through us, interact with our websites and other technology, and you choose to provide it to us through surveys or other interactions or communications with us. We also may receive User Preferences from third parties that are authorized to provide us with such information.

**Purpose for Collection**

- We use User Preferences to improve our services, address customer requests, and offer customers a more customized experience. For example, we may use this information to determine the most desirable hours of operation or our locations, to suggest products to you that we think you may like, and to understand what products and services to offer. When we use Demographic Information, it is generally aggregated and anonymized.

**Categories of Recipients**

- We may disclose User Preferences with service providers to help us achieve the purposes outlined above. When we share User Preferences it is generally aggregated and anonymized.

**Category of Personal Information Collected**

- "**Visitor Past Purchases**"

**Source of Information**

- We collect Visitor Past Purchase information from the purchases made from us and third parties providing services on our behalf. We also may receive such information from third parties that are authorized to provide us with such information.

**Purpose for Collection**

- We may use Visitor Past Purchase information to improve our services, address customer requests, and offer customers a more customized experience. For example, we may use this information to be certain that we are offering the right products at the right time, and to understand ordering trends by region of the country, what products are the most popular, and generally how our business is doing. We also use Visitor Past Purchase information to offer our customers more customized offerings, for marketing purposes. When we use this information, it is generally aggregated and anonymized.

**Categories of Recipients**

- We may disclose Visitor Past Purchase information with service providers to help us achieve the purposes

Case ID: 250700570

outlined above. When we share Visitor Past Purchases information it is generally aggregated and anonymized.

**Category of Personal Information Collected**

- **"Survey, Marketing and Promotional Information"**, such as contact information—including name, email address, mailing address—and other information you provide in response to surveys, marketing and promotional surveys and campaigns.

**Source of Information**

- Provided by you, at your choice, via electronic or print surveys, questionnaires, or other means.

**Purpose for Collection**

- Survey, Marketing and Promotional Information is used to request more information in relation to the survey or as otherwise permitted under this Privacy Policy. We may also use Survey, Marketing and Promotional Information to improve our services and provide a better experience for you.

**Categories of Recipients**

- We may disclose Survey, Marketing and Promotional Information with service providers to help us achieve the purposes outlined above.

**Additional Ways We May Share Information About You:**

In addition to the sharing of your personal information as described above, we also may disclose personal information we collect as follows:

**In Connection with Business Transfers:**

In the event that all or part of Aramark (such as a line of business or a division) is bought by, sold to or otherwise transferred or distributed to one or more third parties, or is in the process of a potential transaction, customer information will likely be shared for evaluation purposes and included among the transferred business assets.

**To Comply with Laws:**

Aramark may also disclose information about you when such disclosure appears necessary to comply with the law, a subpoena or other litigation process or to protect the interests or safety of Aramark's employees, clients, customers, or others.

**The Use of Web Technology**

When you visit our websites and other platforms, we use various web technologies to collect information about how and when you interact with such websites and platforms. The web technologies we use may include cookies, web beacons, and third-party analytics.

**Cookies**

Cookies are small data files that our websites will generate which will include information you provide to us and information about how you use our websites. This data file will then be retained by your web browser or device to help us better tailor your experience on our sites each time you visit. These cookies will contain different information about you depending upon the types of cookies that are in use.

**Types of Cookies We Use**

**Strictly Necessary**—These cookies are used for the essential functions of our websites. For example, they allow us to keep any products or services you plan to purchase in a virtual shopping cart until you are ready to check-out.

**Performance Cookies**—These cookies allow us to view broad categories of information regarding who comes to our websites. This information is used to improve our website functionality and does not contain identifying information about you.

**Functionality Cookies**—These cookies allow us to customize your experience on our websites by storing your preferences and other information you provide to us. These are cookies designed to remember information you provide

Case ID: 250700570

such as your preferred language, region, and, if you choose, your log-in information so that you can be automatically logged-in.

**Advertising Cookies**—These cookies are used to customize what ads you might see on our websites or ads from us on other websites. This information allows us to better tailor our offerings to you either through ads more appropriate to your needs, or to prevent repeated ads that you may not want.

If you do not want cookies, you can set your computer or other device to warn you each time a cookie is being set or turn off all cookies through your browser (e.g., Internet Explorer or Mozilla Firefox). Check your browser HELP menu to learn the way to change or update your cookies. However, it is possible that some parts of our websites will not operate correctly if you disable cookies; therefore, by doing so, you may not be able to take advantage of some of the website features. Note that browser-management tools for cookies are outside of our control and we cannot guarantee their effectiveness. Certain websites may have automated tools to allow you to turn off or update your cookies, and in such instance, you could use such automated tools to manage your cookie preferences.

Although cookies are not necessary to view Aramark's websites or receive advertisements from us, cookies may be required to place an online order. Should you wish to not accept cookies in your web browser, you may place an order by calling the phone numbers listed on the applicable Contact Us pages on our websites.

### Web Beacons

In addition to cookies, we may include web beacons on our websites. Web beacons are small transparent images (sometimes called "clear gifs") that will let us know when you visit our websites and which links on our websites you visit. This information is helpful to know which sites are accessed so that we can improve your experience each time you visit. The web beacons we use do not collect any personally identifiable information. We can use this anonymous information to make it easier to understand what you are looking for.

### Third-Party Analytics

We may also use third-party analytics software such as Google Analytics for our own internal purposes including evaluating how you use our websites. The third-party services may use cookies and similar technologies to collect and analyze information about your use and to report on activities and trends. Such services may also collect information regarding your use of other websites, applications, and online resources. For more information about Google Analytics, please go to www.google.com/policies/privacy/partners/. You may download the Google Analytics opt out browser add-on at https://tools.google.com/dlpage/gaoptout.

### Offers and Promotions

At times, we may conduct offers and marketing campaigns (collectively "Customer Events"). Some of these Customer Events may involve mailing catalogs, coupons, SMS texts, or other forms of communication from us to you. These Customer Events will be directed toward visitors of our websites, individuals from lists we receive from third parties, or individuals that opt-in to a Customer Event. Some Customer Events may require you to opt-in in a manner that meets all legal requirements.  Please see the "How Can I Opt-Out" section for more information about how to opt-out of Customer Events.

### Sweepstakes and Other Promotions

In addition to Customer Events we provide, there may be times where you can opt into one of our sweepstakes, contests, or other promotions (collectively "Sweepstakes"). These Sweepstakes may ask for personal information such as contact information (name, email address, mailing address, etc.). Participation in our Sweepstakes is optional. If you choose to participate in our Sweepstakes, we may use and share the information you provide with our affiliates to administer the sweepstakes.

### Affiliate Programs

At times, Aramark may affiliate with a third party to provide offers, promotions, or operate a rewards program (collectively "Affiliate Programs"). These Affiliate Programs may be offered on our websites, technology, or at any of our physical locations. When you provide information in connection with these Affiliate Programs, you may be providing it directly to one or more third-party affiliates and its usage will be subject to that third party's privacy notice.  While our use, collection, storage, and sharing of your information will be governed by this Privacy Policy, for information on how the third-party affiliates collect, use, store, and share your data please see their individual privacy policies. In addition, for any data collected in our physical locations please see the available privacy policies at the respective points of collection for more information.

### How Your Information Is Stored and Retained

At Aramark, we take the security, confidentiality, and integrity of your information very seriously. We utilize technical, physical, and administrative safeguards that are designed to protect your information from unauthorized access, retrieval, disclosure, use, and modification. If we transmit, share, or use your information we take appropriate methods to prevent from any interception or unauthorized access to that data.

Case ID: 250700570

We will retain your information for as long as needed to provide you products and services, comply with our legal obligations, resolve disputes, and enforce our agreements.

## How Can I Opt-Out?

If you would like to opt-out of any of our promotional offerings or marketing campaigns, please email us at Privacy@aramark.com. After verifying your identity, we will take appropriate measures to remove you from our marketing lists in compliance with applicable law. In addition, you may opt-out of such promotional and marketing campaigns by clicking the opt-out link at the bottom of the applicable digital marketing or advertising communications. As described further below, residents of certain states may have additional opt-out rights based on state law.

## How this Privacy Policy May Change

From time to time, we may update this notice to accommodate changes in how you interact with us, address changes in the law, or for any other purpose. We will maintain a "LAST UPDATED" date at the top of this notice to show when any changes are made. Any changes we make to this notice will be effective as of the date at the top of this notice.

## Information about Minors

Aramark does not target its websites or any of its services or products to children and does not knowingly collect personal information from children under thirteen (13) years of age. If Aramark learns that a child under the age of thirteen (13) has submitted personal information on Aramark's websites without parental consent, Aramark will take all reasonable measures to delete such information from our databases and to not use such information for any purpose (except where necessary to protect the safety of the child or others as required or allowed by law). If you become aware of any personal information, we have collected from children under thirteen (13), please contact us using at Privacy@aramark.com.

Minors under eighteen (18) years of age may email us at Privacy@aramark.com to have the personal information they have provided to us deleted, subject to applicable law.  Please note that, while we make reasonable efforts to comply with such requests, deletion of your personal information does not ensure complete and comprehensive removal of that data from all systems.

We do not have actual knowledge about selling or sharing personal information of consumers under the age of 16.

## Notice of Financial Incentive

We may offer our customers limited-time promotions and opportunities to participate in surveys.  In exchange for participating in our promotions or surveys, and providing us with your personal information, we may offer you financial incentives and/or price or service differences such as a bonus card, discount, or a coupon. We may collect personal information such as your name, email address, preferences, experiences, and engagement with Aramark ("Customer Data"). You can terminate participation at any time as explained in the applicable promotion or survey terms. We estimate that the value of the Customer Data is the value of the benefit we offer to you in connection with the promotion or survey, which is reasonably related to the costs associated with offering such benefit.

## Information for California Residents - Your California Privacy Rights

The California Consumer Privacy Act of 2018, the as amended by the California Privacy Rights Act (collectively, "California Law"), grants certain rights to California residents to know about, correct, or delete the personal information that we have collected about them, to opt-out of the sale or sharing of their personal information by us to a third party, and not to be discriminated against for exercising these rights.

### Know

California residents have the right to know what personal information we collected, used, disclosed, and shared, and sold about them, including the categories of personal information, the categories of sources from which the personal information is collected, the business or commercial purpose for collecting, selling, or sharing personal information, the categories of third parties to whom Aramark discloses personal information, and the specific pieces of personal information Aramark has collected about you, within the preceding 12 months. Once we receive your request and confirm your identity and California resident status, we will disclose to you the information that we have collected about you, as required by California Law.  Please note that we are only required to honor requests to know twice in a 12-month period.

### Deletion

California residents have the right to request the deletion of their personal information that we collect or maintain. Once we receive your request and confirm your identity and California resident status, we will delete (and direct our service providers to delete) your personal information from our records, unless an exception applies. Such exceptions include, but are not limited to, when the personal information is necessary to complete a transaction or provide goods or services to you, detect security incidents, comply with the law, and for internal uses reasonably aligned with your expectations.

Case ID: 250700570

**Correction**

California residents have the right to request the correction of inaccuracies in their personal information, taking into account the nature of the personal information and the purposes for which Aramark processes it. Once we receive your request and confirm your identity and California resident status, we will use commercially reasonable efforts to correct inaccurate personal information in our records.

**Opt-Out**

California residents have the right to opt-out of the selling or sharing of their personal information, which can be done by following the directions below. California law requires us to identify, for the 12-month period prior to the date of this Privacy Policy, what information Aramark has "sold" or "shared" about you, and you have a right to opt-out of such sale or sharing.

In addition, and as set forth below, California Law requires us to identify, for the 12-month period prior to the date of this Privacy Policy, what information we may have "sold" or "shared" about you. For the 12-month period prior to the date of this Privacy Policy, Aramark has not sold any personal information about its customers. For the 12-month period prior to the date of this Privacy Policy, Aramark has only shared personal information about its customers as described above.

Aramark does not use or disclose Sensitive Personal Information, as defined in applicable laws, for any purpose other than those permitted by applicable law.

**Non-Discrimination**

California Residents have the right to not receive discriminatory treatment if and when they exercise their rights to know, delete, correct, or opt-out under California Law.

This means we cannot, for example:

- Deny goods or services to you;
- Charge different prices or rates for goods or services, including through the use of discounts or other benefits or by imposing penalties;
- Provide a different level or quality of goods or services to you; or
- Suggest that you will receive a different price or rate for goods or services or a different level or quality of goods or services.

Please note that we may charge a different price or rate or provide a different level or quality of goods and/or services to you, if that difference is reasonably related to the value provided to you by your personal information.

**Exercising Your Rights**

In order to exercise your "knowledge", "deletion", "correction", and/or "opt-out" rights, you may submit a request through a web form here or call us at (877) 999-4862. You may also authorize another person (your "agent") to submit a request on your behalf, and in the same manner.

When you exercise these rights and submit a request to us, we will verify your identity by asking you to provide us with additional information such as your email address, order numbers of previous orders of our products and services, or the last four digits of a credit or debit card used to make a purchase. We also may use a third-party verification provider to verify your identity. We will endeavor to honor such requests unless such a request conflicts with certain lawful exemptions under California's consumer privacy law. We may also verify your status as a California resident.

We aim to respond to a verifiable request within 45 days of its receipt. If we need more time to respond to your request (up to 45 additional days), we will inform you in writing.

**Retention Period**

We will retain your information for no longer than is reasonably necessary to provide your services, comply with our legal obligations, resolve disputes, and enforce our agreements. We retain your personal information for the period you are actively using our services plus six (6) years.

**California- Direct Marketing Information**

Under California Civil Code Section 1798.83 (the "Shine The Light" law), customers who are California residents and have a relationship with Aramark primarily for personal, family, or household purposes are entitled to receive, upon request and free of charge, information about the personal information (if any) we disclosed to third parties for their direct marketing purposes in the prior calendar year. This information may be requested once a year. If applicable, this information will include a list of the categories of personal information that was shared and the names and addresses of the third parties that received the information. If you are a California resident and want to make a request for this information, please submit your request in writing to: Privacy@aramark.com or Aramark, 2400 Market Street,

Case ID: 250700570

Philadelphia, PA 19103 Attn: Assistant General Counsel Privacy (please reference the "Shine The Light Law" in your email or letter).

**Privacy Policy for California Residents**

Under California Civil Code Section 1789.3, California users are entitled to the following consumer notice: If you have a question or complaint regarding the websites, please send an e-mail to Privacy@aramark.com. You may also contact us by writing to Aramark, 2400 Market Street, Philadelphia, PA 19103, Attn: VP, Compliance, Privacy or by calling us at (800) 388-3300. California residents may reach the Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs by mail at 1625 North Market Blvd., Sacramento, CA 95834, or by telephone at (916) 445-1254 or (800) 952-5210.

**Information for Texas Residents - Your Texas Privacy Rights**

The Texas Data Privacy and Security Act (collectively, "Texas Law") grants certain rights to Texas residents to know about, correct, or delete the personal information that we have collected about them, to opt-out of the sale their personal information by us to a third party for purposes of targeted advertising or profiling, and not to be discriminated against for exercising these rights.

**Know**

Texas residents have the right to know what personal information we collected, used, disclosed, and shared, and sold about them, including the categories of personal information, the categories of sources from which the personal information is collected, the business or commercial purpose for collecting, selling, or sharing personal information, the categories of third parties to whom Aramark discloses personal information, and the specific pieces of personal information Aramark has collected about them.  Once we receive your request and confirm your identity and Texas resident status, we will disclose and, if available in a digital format as per Texas Law, provide to you the information that we have collected about you, as required by Texas Law.

**Deletion**

Texas residents have the right to request the deletion of their personal information that we collect or maintain. Once we receive your request and confirm your identity and Texas resident status, we will delete (and direct our service providers to delete) your personal information from our records, unless an exception applies. Such exceptions include, but are not limited to, when the personal information is necessary to complete a transaction or provide goods or services to you, detect security incidents, comply with the law, and for internal uses reasonably aligned with your expectations.

**Correction**

Texas residents have the right to request the correction of inaccuracies in their personal information, taking into account the nature of the personal information and the purposes for which Aramark processes it.  Once we receive your request and confirm your identity and Texas resident status, we will use commercially reasonable efforts to correct inaccurate personal information in our records.

**Opt-Out**

Texas residents have the right to opt-out of the sale of their personal information for purposes of targeted advertising or profiling, which can be done by following the directions below.

Aramark does not use or disclose Sensitive Personal Information, as defined in applicable laws, for any purpose other than those permitted by applicable law.

**Non-Discrimination**

Texas Residents have the right to not receive discriminatory treatment if and when they exercise their rights to know, delete, correct, or opt-out under Texas Law.

This means if you chose to exercise these rights, we cannot, for example:

- Deny goods or services to you;
- Charge different prices or rates for goods or services, including through the use of discounts or other benefits or by imposing penalties; or
- Provide a different level or quality of goods or services to you.

Please note that we may charge a different price or rate or provide a different level or quality of goods and/or services to you, if that difference is related to a product or service that requires your personal data or your voluntary participation in a bona fide loyalty, rewards, premium features, discounts, or club card program.

**Exercising Your Rights Including the Right to Appeal**

Case ID: 250700570

In order to exercise your "knowledge", "deletion", "correction", and/or "opt-out" rights, you may submit a request through a web form or call us at (877) 999-4862. You may authorize another individual or their agent to submit this request on your behalf, and in the same manner.  We aim to respond to a verifiable request within 45 days of its receipt. If we need more time to respond to your request (up to 45 additional days), we will inform you in writing.

You may exercise your right to appeal a decision we have made regarding your "knowledge", "deletion", "correction", and/or "opt-out" rights, through the web form here or call us at (877) 999-4862.   We will respond to a verifiable appeal within 60 days of its receipt.

When you exercise these rights and submit a request to us, we will verify your identity by asking you to provide us with additional information such as your email address, order numbers of previous orders of our products and services, or the last four digits of a credit or debit card used to make a purchase.  We also may use a third-party verification provider to verify your identity. We will endeavor to honor such requests unless such a request conflicts with certain lawful exemptions under Texas's consumer privacy law.  We may also verify your status as a Texas resident.

**Retention Period**

We will retain your information for no longer than is reasonably necessary to provide your services, comply with our legal obligations, resolve disputes, and enforce our agreements.  We retain your personal information for the period you are actively using our services plus six (6) years.

**Do Not Track Signals**

Do Not Track is a standard that is currently under development. As it is not yet finalized, we adhere to the standards set out in this Privacy Policy and do not respond to Do Not Track (DNT) signals except as may be required by law.

**How You Can Contact Aramark**

If you have any questions or concerns about this Privacy Policy, or to request a copy of this Privacy Policy in another format, please contact us at the following:

Mail: 2400 Market Street,

Philadelphia PA 19103

Attn: VP, Compliance

(800) 388-3300

Email: Privacy@aramark.com

**Information for Delaware Residents - Your Delaware Privacy Rights**

The Delaware Personal Data Privacy Act (collectively, "Delaware Law") grants certain rights to Delaware residents to confirm, correct, or delete the personal information that we have collected about them, to opt-out of the sale their personal information by us to a third party for purposes of targeted advertising or profiling, and not to be discriminated against for exercising these rights.

**Confirmation**

Delaware residents have the right to confirm what personal information we collected, used, disclosed, and shared, and sold about them, including the categories of personal information, the categories of sources from which the personal information is collected, the business or commercial purpose for collecting, selling, or sharing personal information, the categories of third parties to whom Aramark discloses personal information, and the specific pieces of personal information Aramark has collected about them.  Once we receive your request and confirm your identity and Delaware resident status, we will disclose and, if available in a digital format as per Delaware Law, provide to you the information that we have collected about you, as required by Delaware Law.

**Deletion**

Delaware residents have the right to request the deletion of their personal information that we collect or maintain. Once we receive your request and confirm your identity and Delaware resident status, we will delete (and direct our service providers to delete) your personal information from our records, unless an exception applies. Such exceptions include, but are not limited to, when the personal information is necessary to complete a transaction or provide goods or services to you, detect security incidents, comply with the law, and for internal uses reasonably aligned with your expectations.

**Correction**

Case ID: 250700570

Delaware residents have the right to request the correction of inaccuracies in their personal information, taking into account the nature of the personal information and the purposes of the processing. Once we receive your request and confirm your identity and Delaware resident status, we will use commercially reasonable efforts to correct inaccurate personal information in our records.

**Third Parties**

Delaware residents have the right to request the categories of third parties with which their personal information was shared, if any. Once we receive your request and confirm your identity and Delaware resident status, we will use commercially reasonable efforts to ascertain the third parties with which your personal information may have been shared, if any.

**Opt-Out**

Delaware residents have the right to opt-out of the sale of their personal information for purposes of targeted advertising or profiling, which can be done by following the directions below.

Aramark does not use or disclose Sensitive Personal Information, as defined in applicable laws, for any purpose other than those permitted by applicable law.

**Non-Discrimination**

Delaware Residents have the right to not receive discriminatory treatment if and when they exercise their rights to know, delete, correct, or opt-out under Delaware Law.

This means if you chose to exercise these rights, we cannot, for example:

- Deny goods or services to you;
- Charge different prices or rates for goods or services, including through the use of discounts or other benefits or by imposing penalties; or
- Provide a different level or quality of goods or services to you.

Please note that we may charge a different price or rate or provide a different level or quality of goods and/or services to you, if that difference is related to a product or service that requires your personal data or your voluntary participation in a bona fide loyalty, rewards, premium features, discounts, or club card program.

**Exercising Your Rights Including the Right to Appeal**

In order to exercise your "knowledge", "deletion", "correction", and/or "opt-out" rights, you may submit a request through a web form here or call us at (877) 999-4862. You may also authorize another person (your "agent") to submit a request on your behalf, and in the same manner. We aim to respond to a verifiable request within 45 days of its receipt. If we need more time to respond to your request (up to 45 additional days), we will inform you in writing.

You may exercise your right to appeal a decision we have made regarding your "knowledge", "deletion", "correction", and/or "opt-out" rights, through the web form here or call us at (877) 999-4862. We will respond to a verifiable appeal within 60 days of its receipt.

When you exercise these rights and submit a request to us, we will verify your identity by asking you to provide us with additional information such as your email address, order numbers of previous orders of our products and services, or the last four digits of a credit or debit card used to make a purchase. We also may use a third-party verification provider to verify your identity. We will endeavor to honor such requests unless such a request conflicts with certain lawful exemptions under Delaware's consumer privacy law. We may also verify your status as a Delaware resident.

**Retention Period**

We will retain your information for no longer than is reasonably necessary to provide your services, comply with our legal obligations, resolve disputes, and enforce our agreements. We retain your personal information for the period you are actively using our services plus six (6) years.

**Do Not Track Signals**

Do Not Track is a standard that is currently under development. As it is not yet finalized, we adhere to the standards set out in this Privacy Policy and do not respond to Do Not Track (DNT) signals except as may be required by law.

**How You Can Contact Aramark**

If you have any questions or concerns about this Privacy Policy, or to request a copy of this Privacy Policy in another format, please contact us at the following:

Mail: 2400 Market Street,

Case ID: 250700570

Philadelphia PA 19103

Attn: VP, Compliance

(800) 388-3300

Email: Privacy@aramark.com

**Information for Iowa Residents - Your Iowa Privacy Rights**

The Iowa Consumer Data Protection Act (collectively, "Iowa Law") grants certain rights to Iowa residents to confirm, correct, or delete the personal information that we have collected about them, to opt-out of the sale their personal information by us to a third party for purposes of targeted advertising or profiling, and not to be discriminated against for exercising these rights.

**Confirmation**

Iowa residents have the right to confirm what personal information we collected, used, disclosed, and shared, and sold about them, including the categories of personal information, the categories of sources from which the personal information is collected, the business or commercial purpose for collecting, selling, or sharing personal information, the categories of third parties to whom Aramark discloses personal information, and the specific pieces of personal information Aramark has collected about them.  Once we receive your request and confirm your identity and Iowa resident status, we will disclose and, if available in a digital format as per Iowa Law, provide to you the information that we have collected about you, as required by Iowa Law.

**Deletion**

Iowa residents have the right to request the deletion of their personal information that we collect or maintain. Once we receive your request and confirm your identity and Iowa resident status, we will delete (and direct our service providers to delete) your personal information from our records, unless an exception applies. Such exceptions include, but are not limited to, when the personal information is necessary to complete a transaction or provide goods or services to you, detect security incidents, comply with the law, and for internal uses reasonably aligned with your expectations.

**Correction**

Iowa residents have the right to request the correction of inaccuracies in their personal information, taking into account the nature of the personal information and the purposes for which Aramark processes it.  Once we receive your request and confirm your identity and Iowa resident status, we will use commercially reasonable efforts to correct inaccurate personal information in our records.

**Opt-Out**

Iowa residents have the right to opt-out of the sale of their personal information for purposes of targeted advertising or profiling, which can be done by following the directions below.

Aramark does not use or disclose Sensitive Personal Information, as defined in applicable laws, for any purpose other than those permitted by applicable law.

**Non-Discrimination**

Iowa Residents have the right to not receive discriminatory treatment if and when they exercise their rights to know, delete, correct, or opt-out under Iowa Law.

This means if you chose to exercise these rights, we cannot, for example:

- Deny goods or services to you;
- Charge different prices or rates for goods or services, including through the use of discounts or other benefits or by imposing penalties; or
- Provide a different level or quality of goods or services to you.

Please note that we may charge a different price or rate or provide a different level or quality of goods and/or services to you, if that difference is related to a product or service that requires your personal data or your voluntary participation in a bona fide loyalty, rewards, premium features, discounts, or club card program.

**Exercising Your Rights Including the Right to Appeal**

In order to exercise your "knowledge", "deletion", "correction", and/or "opt-out" rights, you may submit a request through a web form here or call us at (877) 999-4862.  You may also authorize another person (your "agent") to submit a

Case ID: 250700570

request on your behalf, and in the same manner.  We aim to respond to a verifiable request within 45 days of its receipt. If we need more time to respond, you will receive notice of any such additional time we will implement to respond.

You may exercise your right to appeal a decision we have made regarding your "knowledge", "deletion", "correction", and/or "opt-out" rights, through the web form here or call us at (877) 999-4862.   We will respond to a verifiable appeal within 60 days of its receipt.

When you exercise these rights and submit a request to us, we will verify your identity by asking you to provide us with additional information such as your email address, order numbers of previous orders of our products and services, or the last four digits of a credit or debit card used to make a purchase.  We also may use a third-party verification provider to verify your identity. We will endeavor to honor such requests unless such a request conflicts with certain lawful exemptions under Iowa's consumer privacy law.  We may also verify your status as a Iowa resident.

**Retention Period**

We will retain your information for no longer than is reasonably necessary to provide your services, comply with our legal obligations, resolve disputes, and enforce our agreements.  We retain your personal information for the period you are actively using our services plus six (6) years.

**Do Not Track Signals**

Do Not Track is a standard that is currently under development. As it is not yet finalized, we adhere to the standards set out in this Privacy Policy and do not respond to Do Not Track (DNT) signals except as may be required by law.

**How You Can Contact Aramark**

If you have any questions or concerns about this Privacy Policy, or to request a copy of this Privacy Policy in another format, please contact us at the following:

Mail: 2400 Market Street,

Philadelphia PA 19103

Attn: VP, Compliance

(800) 388-3300

Email: Privacy@aramark.com


**Information for New Jersey Residents - Your New Jersey Privacy Rights**

The New Jersey Data Privacy Act (collectively, "New Jersey Law") grants certain rights to New Jersey residents to confirm, correct, or delete the personal information that we have collected about them, to opt-out of the sale their personal information by us to a third party for purposes of targeted advertising or profiling, and not to be discriminated against for exercising these rights.

**Confirmation**

New Jersey residents have the right to confirm what personal information we collected, used, disclosed, and shared, and sold about them, including the categories of personal information, the categories of sources from which the personal information is collected, the business or commercial purpose for collecting, selling, or sharing personal information, the categories of third parties to whom Aramark discloses personal information, and the specific pieces of personal information Aramark has collected about them.  Once we receive your request and confirm your identity and New Jersey resident status, we will disclose and, if available in a digital format as per New Jersey Law, provide to you the information that we have collected about you, as required by New Jersey Law.

**Deletion**

New Jersey residents have the right to request the deletion of their personal information that we collect or maintain. Once we receive your request and confirm your identity and New Jersey resident status, we will delete (and direct our service providers to delete) your personal information from our records, unless an exception applies. Such exceptions include, but are not limited to, when the personal information is necessary to complete a transaction or provide goods or services to you, detect security incidents, comply with the law, and for internal uses reasonably aligned with your expectations.

**Correction**

New Jersey residents have the right to request the correction of inaccuracies in their personal information, taking into account the nature of the personal information and the purposes for which Aramark processes it.  Once we receive your

Case ID: 250700570

request and confirm your identity and New Jersey resident status, we will use commercially reasonable efforts to correct inaccurate personal information in our records.

**Opt-Out**

New Jersey residents have the right to opt-out of the sale of their personal information for purposes of targeted advertising or profiling, which can be done by following the directions below.

Aramark does not use or disclose Sensitive Personal Information, as defined in applicable laws, for any purpose other than those permitted by applicable law.

**Non-Discrimination**

New Jersey Residents have the right to not receive discriminatory treatment if and when they exercise their rights to know, delete, correct, or opt-out under New Jersey Law.

Please note that we may charge a different price or rate or provide a different level or quality of goods and/or services to you, if that difference is related to a product or service that requires your personal data or your voluntary participation in a bona fide loyalty, rewards, premium features, discounts, or club card program.

**Exercising Your Rights Including the Right to Appeal**

In order to exercise your "knowledge", "deletion", "correction", and/or "opt-out" rights, you may submit a request through a web form here or call us at (877) 999-4862.  You may also authorize another person (your "agent") to submit a request on your behalf, and in the same manner.  We aim to respond to a verifiable request within 45 days of its receipt. If we need more time to respond to your request (up to 45 additional days), we will inform you in writing.

You may exercise your right to appeal a decision we have made regarding your "knowledge", "deletion", "correction", and/or "opt-out" rights, through the web form here or call us at (877) 999-4862.   We will respond to a verifiable appeal within 60 days of its receipt.

When you exercise these rights and submit a request to us, we will verify your identity by asking you to provide us with additional information such as your email address, order numbers of previous orders of our products and services, or the last four digits of a credit or debit card used to make a purchase.  We also may use a third-party verification provider to verify your identity. We will endeavor to honor such requests unless such a request conflicts with certain lawful exemptions under New Jersey's consumer privacy law.  We may also verify your status as a New Jersey resident.

**Retention Period**

We will retain your information for no longer than is reasonably necessary to provide your services, comply with our legal obligations, resolve disputes, and enforce our agreements.  We retain your personal information for the period you are actively using our services plus six (6) years.

**Do Not Track Signals**

Do Not Track is a standard that is currently under development. As it is not yet finalized, we adhere to the standards set out in this Privacy Policy and do not respond to Do Not Track (DNT) signals except as may be required by law.

**How You Can Contact Aramark**

If you have any questions or concerns about this Privacy Policy, or to request a copy of this Privacy Policy in another format, please contact us at the following:

Mail: 2400 Market Street,

Philadelphia PA 19103

Attn: VP, Compliance

(800) 388-3300

Email: Privacy@aramark.com


**Information for Nebraska Residents - Your Nebraska Privacy Rights**

The Nebraska Data Privacy Act (collectively, "Nebraska Law") grants certain rights to Nebraska residents to know about, correct, or delete the personal information that we have collected about them, to opt-out of the sale their personal information by us to a third party for purposes of targeted advertising or profiling, and not to be discriminated against for exercising these rights.

**Know**

Case ID: 250700570

Nebraska residents have the right to know what personal information we collected, used, disclosed, and shared, and sold about them, including the categories of personal information and the categories of sources from which the personal information is collected, the business or commercial purpose for collecting, selling, or sharing personal information, the categories of third parties to whom Aramark discloses personal information, and the specific pieces of personal information Aramark has collected about them.  Once we receive your request and confirm your identity and Nebraska resident status, we will disclose and, if available in a digital format as per Nebraska Law, provide to you the information that we have collected about you, as required by Nebraska Law.

**Deletion**

Nebraska residents have the right to request the deletion of their personal information that we collect or maintain. Once we receive your request and confirm your identity and Nebraska resident status, we will delete (and direct our service providers to delete) your personal information from our records, unless an exception applies. Such exceptions include, but are not limited to, when the personal information is necessary to complete a transaction or provide goods or services to you, detect security incidents, comply with the law, and for internal uses reasonably aligned with your expectations.

**Correction**

Nebraska residents have the right to request the correction of inaccuracies in their personal information, taking into account the nature of the personal information and the purposes for which Aramark processes it.  Once we receive your request and confirm your identity and Nebraska resident status, we will use commercially reasonable efforts to correct inaccurate personal information in our records.

**Opt-Out**

Nebraska residents have the right to opt-out of the sale of their personal information for purposes of targeted advertising or profiling, which can be done by following the directions below.

Aramark does not use or disclose Sensitive Personal Information, as defined in applicable laws, for any purpose other than those permitted by applicable law.

**Non-Discrimination**

Nebraska Residents have the right to not receive discriminatory treatment if and when they exercise their rights to know, delete, correct, or opt-out under Nebraska Law.

This means if you chose to exercise these rights, we cannot, for example:

- Deny goods or services to you;
- Charge different prices or rates for goods or services, including through the use of discounts or other benefits or by imposing penalties; or
- Provide a different level or quality of goods or services to you.

Please note that we may charge a different price or rate or provide a different level or quality of goods and/or services to you, if that difference is related to a product or service that requires your personal data or your voluntary participation in a bona fide loyalty, rewards, premium features, discounts, or club card program.

**Exercising Your Rights Including the Right to Appeal**

In order to exercise your "knowledge", "deletion", "correction", and/or "opt-out" rights, you may submit a request through a web form <u>here</u> or call us at (877) 999-4862.  You may also authorize another person (your "agent") to submit a request on your behalf, and in the same manner.  We aim to respond to a verifiable request within 45 days of its receipt. If we need more time to respond to your request (up to 45 additional days), we will inform you in writing.

You may exercise your right to appeal a decision we have made regarding your "knowledge", "deletion", "correction", and/or "opt-out" rights, through the web form <u>here</u> or call us at (877) 999-4862.   We will respond to a verifiable appeal within 60 days of its receipt.

When you exercise these rights and submit a request to us, we will verify your identity by asking you to provide us with additional information such as your email address, order numbers of previous orders of our products and services, or the last four digits of a credit or debit card used to make a purchase.  We also may use a third-party verification provider to verify your identity. We will endeavor to honor such requests unless such a request conflicts with certain lawful exemptions under Nebraska's consumer privacy law.  We may also verify your status as a Nebraska resident.

**Retention Period**

We will retain your information for no longer than is reasonably necessary to provide your services, comply with our legal obligations, resolve disputes, and enforce our agreements.  We retain your personal information for the period you are

Case ID: 250700570

actively using our services plus six (6) years.

**Do Not Track Signals**

Do Not Track is a standard that is currently under development. As it is not yet finalized, we adhere to the standards set out in this Privacy Policy and do not respond to Do Not Track (DNT) signals except as may be required by law.

**How You Can Contact Aramark**

If you have any questions or concerns about this Privacy Policy, or to request a copy of this Privacy Policy in another format, please contact us at the following:

Mail: 2400 Market Street,

Philadelphia PA 19103

Attn: VP, Compliance

(800) 388-3300

Email: Privacy@aramark.com

# Awards



Aramark Named to Newsweek and Plant-A Insights Group's America's Most Admired...



Aramark Named to Fair360's 2024 Top 50 Companies and Top Companies for Black...

BEST PLACES TO WORK™ 2024
Modern Healthcare

Aramark Recognized as One of the Best Places to Work in Healthcare in 2024



Ready to get started?     CONTACT US

Subscribe to our newsletter

*Email

>

About Aramark

Home

Contact Us

Careers

Why Us

Contact Us    Investor Relations  [↗]

Newsroom

Investor Relations

Latest News

Media Kit

Corporate Blog

For Employees

MyPay

Terms & Conditions    Privacy Policy    Do Not Sell Or Share My Personal Information    Help Center

Case ID: 250700570



# US Workforce Privacy Notice

Effective date: November 1, 2023

This notice (**Notice**) sets out how Aramark collects, uses, stores, and shares personal information about our staff, including our current and former employees, temporary staff, consultants, contingent workers, and interns (**staff** or **you** or **your**). This Notice also applies to applicants of Aramark.

For purposes of this Notice, Aramark refers collectively to the Aramark group company that employs or engages you or any of its affiliate entities ("**Aramark**" or "**we**" or "**our**"). These companies can be reached using the relevant contact details set out in the "**Your contact for any queries**" Section below.

## Information We Collect About You

For purposes of this Notice, personal information means information that identifies, relates to, describes, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular consumer or household. Personal information excludes deidentified information that cannot reasonably identify, relate to, describe, be capable of being associated with, or be linked, directly or indirectly, to a particular consumer. You are the sole source of this personal information unless an additional source is indicated below. We will collect and use some or all of the following personal information before, during, and after your employment (or similar engagement):

- **Identifiers**, such as name, date and place of birth, email, current and prior postal addresses, phone numbers;
- **Professional or employment information**, such as department, work location, job title information, absences from work, performance information, criminal history, performance evaluations, training records, job referral and references information, licenses, certifications, and professional organization membership (if applicable);
    - **Additional Sources of Personal Information**: Third-party references, credit agencies, third-party entities conducting or reporting on such training, courses, or assessments, or entities verifying work authorization or membership;

- **Compensation and benefits information**: such as compensation details, bonus payments, pension details, and medical and other insurance;
    - **Additional Sources of Personal Information**: Third-party entities required to verify such information, where necessary;

- **Disciplinary, capability, and conduct records**, details or of warnings and other records relating to conduct;
    - **Additional Sources of Personal Information**: Third-party entities that collect and report on such information, where necessary;

- **Age and benefits information**, including your date of birth, national insurance numbers, information about your pension and other welfare or benefits, and information regarding your use of statutorily-protected or company-protected leaves, such as bereavement leave, domestic violence survivor leave, crime victim leave, military service leave, and marital status;

Case ID: 250700570

- **Additional Sources of Personal Information**: Third-party entities providing information to verify the information you provided, where necessary;

- **Beneficiaries, dependents, and emergency contact information**, such as information about any beneficiaries, dependents, emergency contacts, and next of kin;

- **Internet or electronic network activity or other monitoring information**, such as details of your use of and communications sent through Aramark systems and general geolocation information, and recordings from surveillance cameras on our business premises;

  - **Additional Sources of Personal Information**: Information we may collect from your device or from Aramark surveillance cameras;

- **Commercial information**, such as details of travel that you undertake, or expenses you incur, in connection with your employment or engagement;

- **Protected classifications**, such as your, gender, age, marital status, or military or veteran status, and disability status;

- **Education information**, such as your prior training;

  - **Additional Sources of Personal Information**: Third-party entities providing information to verify the information you provided, where necessary;

- **National identification information**, such as your country of birth or the country where you are a registered national citizen, and any visa or other right to work documentation;

  - **Additional Sources of Personal Information**: Third-party entities verifying work authorization;

- **Financial information**, such as your bank account information and wage garnishment records (such as for child support obligations);

  - **Additional Sources of Personal Information**: Third-party entities providing payment services and/or wage garnishment information;

- **Driving history**, **drug testing and criminal history;**

  - **Additional Sources of Personal Information**: Third-party entities that conduct and report on background checks and screening.

- **Any other information** that you store on our equipment and computer systems, such as electronic communications or documents that you create or upload to our systems;

  - **Additional Sources of Personal Information**: Information we may collect from monitoring your company device;

- **Sensitive personal information,** insofar as necessary and legally permitted, such as: (1) Social Security, driver's license, state identification, or passport number, (2) account login, financial account, debit card or credit card number, in combination with any required security or access code, password, or credentials allowing access to an account, (3) precise geolocation, (4) racial or ethnic origin, religious or philosophical beliefs, or union membership, (5) the contents of your mail, email or text messages, unless we are the intended recipient of the communication, (6) biometric information for the purpose of uniquely identifying you, (7) information regarding your health, such as information relating to health and safety in the workplace, accidents and near misses, and vaccination records and vaccination status information, (8) information regarding your sexual orientation; and

  - **Additional Sources of Personal Information**: Third-party references, credit agencies, entities verifying work authorization, third-party entities that verify memberships, or information that may be collected from monitoring your device.

Case ID: 250700570

- **Other information provided by you**, including internal survey responses.

## How We Use Personal Information

The purposes for which we use your personal information are as follows:

- **Recruiting and Hiring**, such as determining your eligibility for work and suitability for certain job roles (to the extent permitted or required by law), checking references, and performing background checks.

  - For recruiting purposes and to help us determine your ability to perform the job, we process your identifiers, professional or employment information, national identification information, and education information.

- **Conducting checks**, such as background checks, credit checks, anti-fraud checks, checks to prevent fraud and money laundering and drug tests, to the extent allowed under applicable employment laws.

  - For purposes of conducting checks, we process your identifiers, protected classifications, professional or employment information, national identification information, and driving history and drug history.

- **General HR administration**, such as staff communications, on-boarding and off-boarding, succession planning, managing your career development, performing our legal obligations in relation to your professional or trade membership, assessing your suitability for a particular role, assessing your salary and other compensation, and performance, and assessing and taking action in relation to disciplinary, capability, grievance, and other conduct issues, and maintaining your employee records.

  - For our general HR administration, we process your identifiers, professional or employment related information, beneficiaries, dependents, and emergency contact information, education information, disciplinary, capability, and conduct records, protected classifications, and financial information.

- **Administering salary**, **expenses, and staff benefits**, including administering insurance, payroll, retirement plans, and other employee benefits and tax, and in order to administer corporate expenses and reimbursements (including viewing details of transactions made using corporate credit cards and corporate travel undertaken).

  - To administer salary, expenses, and benefits, we process your professional or employment information, compensation and benefits information, beneficiaries, dependents, and emergency contact information, commercial information, and financial information.

- **Managing absences and occupational health requirements**, including to keep a record of absences and to contact dependents or other family members in the event of an emergency.

  - To manage absences and occupational health requirements, we process your identifiers, professional or employment information and protected classifications.

- **Monitoring**, such as monitoring for compliance with Aramark policies provided to you and limited monitoring of information technology systems (including communications transmitted through these systems) solely to the extent permitted by applicable law, including to prevent, detect and fight fraud or other illegal or unauthorized activities.

  - For monitoring and security purposes, we process your identifiers, internet or electronic network activity information, and employment or professional information.
  - Such monitoring may be of telephone conversations or transmissions, electronic mail or transmissions, or internet access or usage of or by an employee by any electronic device or system, including but not limited to the use of a computer, telephone, mobile device, wire, radio, or electromagnetic, photoelectronic or photo-optical systems, at any and all times and by any lawful means.

- **Information Technology (IT) purposes**, such as providing IT support for Aramark Information Systems and user authentication.

Case ID: 250700570

- For IT purposes, we process your identifiers, professional or employment information, and internet or electronic activity information.

- **Storing staff communications**, **records, and work product**, including as required in order to operate the Aramark business. These communications and records may contain personal information both related to work and private matters.

  - For storing staff communications, records, and work product, we process your identifiers, professional or employment information, and internet electronic activity information.

- **Complying with our legal obligations**, **like monitoring equal opportunities, complying with audits, ensuring an effective compliance program, or where necessary, for exercising, establishing, or defending legal claims**, including the disclosure of your personal information to third parties in connection with proceedings or investigations anywhere in the world, such as public authorities, law enforcement agencies, regulators, and third-party litigants.

  - For these purposes, we collect your identifiers, protected classifications, employment and professional information, age and benefits information, and internet or electronic network information.

- **Uses of** your sensitive personal information include:

  - Health and disability records: We will use this information to address our legal obligations to you in relation to health and safety in the workplace, for any required reporting purposes (e.g., our workers' compensation carrier), and to address our legal obligations to you, make any accommodations required to assist you in the performance of your role and determine whether you are fit to undertake tasks required by your job role.
  - Equal opportunities monitoring information: We will use this information, such as your ethnicity, religion, gender, and sexual orientation, which you would provide only on a voluntary basis, to conduct equal opportunity and diversity monitoring where permitted or required by law.
  - Biometric information:  We will use this information, such as facial recognition, fingerprint or hand punch/hand-geometry data collected by a biometric time clock or security/access system, to monitor and record your hours of work or enable access to a client location or work site, a unless otherwise prohibited by law.
  - As required: We will also use sensitive personal information to ensure compliance with legal and regulatory requirements, and for any other purposes required by law or government authorities.

- When changing our business structure, such as in the event of a business sale or corporate restructuring, where we may disclose your personal information to any potential acquirer of, or investor in, any part of the Aramark business (and to their legal advisors and consultants) for the purpose of that acquisition or investment.

  - For this purpose, we process your identifiers, employment or professional information, and protected classifications.

## How We Share Personal Information

In connection with the purposes listed above and consistent with this Notice:

- The Aramark group company that employs or engages you shares your personal information with Aramark affiliates where required for Aramark's internal administrative purposes. Aramark may grant other group entities access to such data where required for the purposes consistent with this Notice.

  - In limited situations, Aramark may share your personal information with certain third parties for the purpose of managing Aramark's relationship with its clients and related parties, such as unions.
  - Subject to local legal requirements, we may use third parties to assist us with human resources and IT related services, including but not limited to payroll providers, healthcare providers, insurers, retirement administrators, information systems storage providers, IT managed service providers, accountants, and legal advisors, and other third-party vendors that need your personal information

Case ID: 250700570

to provide their services. We require that such external service providers or third parties will ensure adequate protection of your personal information, commensurate with our data security arrangements and our privacy and data security standards.

- In addition, we may share your personal information with other third parties where disclosure is permitted or required by law to comply with legal obligations, protect our rights and property, or protect the safety of our staff or any third party.

## Sensitive Personal Information

Your sensitive personal information will not be used for any additional purposes that are incompatible with the purposes listed above unless we provide you with notice of those additional purposes.

## Storage of Personal Information

We will retain your personal information for as long as is necessary for the purposes for which it was collected and any other permitted or required purposes (such as to comply with regulatory requirements to retain such information). Our retention periods are based on business needs and relevant laws. Please note that these periods may be extended where reasonably necessary (for example where we are required to do so by law or by a regulator). We retain your personal information for up to 7 years following the end of your services or other business relationship in accordance with applicable law. We will either deidentify or securely destroy personal information that we no longer need. We reserve the right to use deidentified information for any legitimate business purpose without further notice to you or your consent.

## Your California Privacy Rights

- Aramark complies with laws and regulations that permit certain requests related to your data in our files, including, but not limited to, the California Consumer Privacy Act (the "CCPA"). The California Consumer Privacy Act (CCPA), as amended by the California Privacy Rights Act (CPRA), provides California residents with the following rights regarding their Personal Information.
- The right to know what personal information we have collected, used, disclosed, and sold about you, including the categories of personal information, the categories of sources from which the personal information is collected, the business or commercial purpose for collecting, selling, or sharing personal information, the categories of third parties to whom Aramark discloses personal information, and the specific pieces of personal information Aramark has collected about you.
- The right to correct inaccuracies in your personal information, taking into account the nature of the personal information and the purposes of the processing.
- The right to request deletion of personal information we have collected from you.
- The right to opt out of the selling or sharing of your personal information.

You may exercise these rights by contacting Aramark as described in the queries/concerns section below. You may also designate an authorized agent to make a request on your behalf by contacting us as described below. In order to protect your data from unauthorized access or alteration by third parties, all requests regarding your personal information will be subject to verification of the identity of the requesting individual. We endeavor to respond to a verifiable request within forty-five (45) days of its receipt. If we require more time (up to forty-five (45) days), we will inform you in writing.

**If you have any queries or concerns regarding personal information, please contact us at:**

Privacy@aramark.com

VP, Compliance

Aramark

2400 Market Street

**Philadelphia, PA 19103**

## Changes to this Notice

This Notice was last updated on the effective date listed at the top of this Notice. We will notify you of any material changes to this Notice by posting information about the change.

Case ID: 250700570





Aramark Named to Newsweek and Plant-A Insights Group's America's Most Admired...

Aramark Named to Fair360's 2024 Top 50 Companies and Top Companies for Black...

Aramark Recognized as One of the Best Places to Work in Healthcare in 2024

→

## Ready to get started?

CONTACT US

### Subscribe to our newsletter

*Email    ›

**About Aramark**
Home
Contact Us

**Careers**
Why Us

**Newsroom**
Investor Relations
Latest News
Media Kit
Corporate Blog

**For Employees**
MyPay

Terms & Conditions    Privacy Policy    Do Not Sell Or Share My Personal Information    Help Center

  

Case ID: 250700570

The facts set forth in this application and any supplemental information is true and complete to the best of my knowledge. I understand that, if employed, falsified statements on this application shall be considered sufficient cause for immediate discharge. I hereby authorize investigation of all statements contained herein and employers listed above to give you any and all information concerning my employment, and any pertinent information they may have, and release all parties from all liability for any damage that may result from furnishing same. I understand that neither the completion of this application nor any other part of my consideration for employment establishes any obligation for the company to hire me. If I am hired, I understand that either the company or I can terminate my employment at any time and for any reason, with or without cause and without prior notice. I understand that no representative of the company has the authority to make any assurance to the contrary. I understand that I am required to abide by all rules and regulations of the company.

**Equal Employment Opportunity Information**

Form CC-305 OMB

Control Number 1250-0005

Expires 04/30/2026

### Why are you being asked to complete this form?

We are a federal contractor or subcontractor required by law to provide equal employment opportunity to qualified people with disabilities. We are also required to measure our progress toward having at least 7% of our workforce be individuals with disabilities. To do this, we must ask applicants and employees if they have a disability or have ever had a disability. Because a person may become disabled at any time, we ask all of our employees to update their information at least every five years. Identifying yourself as an individual with a disability is voluntary, and we hope that you will choose to do so. Your answer will be maintained confidentially and not be seen by selecting officials or anyone else involved in making personnel decisions. Completing the form will not negatively impact you in any way, regardless of whether you have self-identified in the past. For more information about this form or the equal employment obligations of federal contractors under Section 503 of the Rehabilitation Act, visit the U.S. Department of Labor's Office of Federal Contract Compliance Programs (OFCCP) website at www.dol.gov/ofccp.

### How do I know if I have a disability?

You are considered to have a disability if you have a physical or mental impairment or medical condition that substantially limits a major life activity, or if you have a history or record of such an impairment or medical condition. *Disabilities include, but are not limited to*:

- Autism

- Autoimmune disorder, for example, lupus, fibromyalgia, rheumatoid arthritis, or HIV/AIDS

- Blind or low vision

- Cancer

Case ID: 250700570

- Cardiovascular or heart disease

- Celiac disease

- Cerebral palsy

- Deaf or hard of hearing

- Depression or anxiety

- Diabetes

- Epilepsy

- Gastrointestinal disorders, for example, Crohn's Disease, or irritable bowel syndrome

- Intellectual disability

- Missing limbs or partially missing limbs

- Nervous system condition for example, migraine headaches, Parkinson's disease, or Multiple sclerosis (MS)

- Psychiatric condition, for example, bipolar disorder, schizophrenia, PTSD, or major depression

PUBLIC BURDEN STATEMENT: According to the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless such collection displays a valid OMB control number. This survey should take about 5 minutes to complete.

Continue





Allie

Are you authorized to work in the US?

Yes

Please read our Applicant Statement https://aramark.paradox.ai/54HOPT and confirm your understanding. Then, please complete the voluntary self-Identification survey in my next message.

I Agree

You have the option to receive SMS messages from Aramark. Msg & data rates may apply reply STOP to opt out. Select whether you consent to receive text msgs.

No

Our company values diversity. We invite you to provide voluntary EEO demographic information in a confidential survey. It will not be accessible during the hiring process, and has no effect on your opportunity for employment.

Please complete the survey.

## Equal Employment Opportunity Information

Ethnicity

Select

Race ⓘ

Select

Gender

Select

Veteran ⓘ

Select

Disability

Select

Submit

Type a message

Case ID: 250700570

Terms | Olivia by Paradox



**Allie**

Feb 25, 2025 at 12:16 PM

Hi! I'm Allie, your virtual job assistant at Aramark! I can assist you with your job search or help answer any questions you may have about employment with us. Please tell me which position you want to apply for.

Job ID: 562844

Ok! Take a look at the position I found for you.

**Food Service Worker - Essex County Correctional (MA)**          Details
• US MA 20 Manning Rd Middleton, 20 Ma...
🏢 Aramark

Job Description The Corrections Oversight Worker supervises inmates to ensure that meal and food items are prepared in accordance with production plans. In this role, you will train workers in methods of performing dutie...

✓ Terms accepted on Feb 25, 2025

To review terms, click here.

Thank you for accepting our Terms of Use. To start, what is your first and last name?

Thank you. What is your

Case ID: 250700570

email address?

[REDACTED]

Thank you Jim. Can you please provide me with your mobile phone number so that a recruiter can contact you?

[REDACTED]

Got it. What is your street address including city, state, and postal code?

[REDACTED]

Thank you! We're almost done. Just a few more detailed questions to complete to move forward.

What is your desired rate of pay?

$16

Have you worked for Aramark before?

No

If yes, specify time period and location.
If no, reply N/A.

N/A

Case ID: 250700570

How did you hear about this position?

Our Website

Are you 18 years of age or older?

Yes

What is your preferred language?

US English

Are you authorized to work in the US?

Yes

Please read our Applicant Statement https://aramark.paradox.ai/54HOPT and confirm your understanding. Then, please complete the voluntary self-Identification survey in my next message.

I Agree

You have the option to receive SMS messages from Aramark. Msg & data rates may apply reply STOP to opt out. Select whether you consent to receive text msgs.

No

Case ID: 250700570



Our company values diversity. We invite you to provide voluntary EEO demographic information in a confidential survey. It will not be accessible during the hiring process, and has no effect on your opportunity for employment.



Please complete the survey.

Feb 25, 2025 at 1:22 PM



Thank you for your interest in Aramark!



Your application has been successfully submitted. Please check your email for next steps.

Dear █████,

Thank you for applying to Aramark, a leader in the customer service business across food, facilities and uniforms, wherever people work, learn, recover, and play. Your application has been received for the position of Food Service Worker - Essex County Correctional (MA). We will review your information to determine if your qualifications match the position requirements. If there is a match, a member of our Talent Acquisition team will contact you. The Work Opportunity Tax Credit (WOTC) form is the next step in your hiring journey. To complete the form, please click the "WOTC Form" link below. The WOTC program is designed to help applicants

Case ID: 250700570

gain employment and your completion of the WOTC form contributes to Aramark's Diversity & Inclusion initiatives. WOTC Form

**If you would like to review your candidate profile, please log in using your email address to reset your login and password using the directions outlined below:**

**Step 1:** Click the link to navigate to the Aramark Careers site and select "Sign In"

**Step 2:** Select "Forgot Password" and you will be prompted to enter your email

*Step 3: After submitting, check your email to access the link to reset your password*

*Step 4: Log in to the Aramark Careers site using your updated email and password combination*

*Please ensure you are providing the email used to submit your application with Allie*

If you have any other questions regarding the application process, please visit our Careers Page and chat with our Recruiting Assistant, Allie.

Thank you for your interest in Aramark,

Aramark Talent Acquisition

Feb 25, 2025 at 1:26 PM



Type a message                    Send

Terms | Olivia by Paradox

Case ID: 250700570



**aramark**

Employee Login

## Career Opportunities: Sign In

### Already have an account?
Enter your email address and password (Credentials are case sensitive).

*indicates a required field.

Email Address:*

Password:*

Show

Sign In     Forgot your password?

### Not a registered user yet?
Create an account to apply for our career opportunities.

**Aramark Careers | Search All Jobs | Privacy Policy | Aramark.com**

  

© 2021 Aramark. All Rights Reserved.

Case ID: 250700570





**Employee Login**

## Career Opportunities: Password Help

Please identify your account, and we will email you a link to reset your password.

*indicates a required field.

Email Address:*

| Submit | Cancel |

Aramark Careers | Search All Jobs | Privacy Policy | Aramark.com

  

© 2021 Aramark. All Rights Reserved.

Case ID: 250700570



**Employee Login**

## Career Opportunities: Password Reset

Please enter your new password below.

New Password: [                    ] [ Show ]

Retype New Password: [                    ] [ Show ]

[ Submit ]  [ Cancel ]

**Aramark Careers | Search All Jobs | Privacy Policy | Aramark.com**

  

© 2021 Aramark. All Rights Reserved.

Case ID: 250700570

aramark

Sign Out     Options ⌄     English US (English US) ⌄

# Candidate Profile

✚ Expand all sections     ━ Collapse all sections

## ⌄ My Documents

Accepted file types: DOCX, PDF, Image and Text (MSG, PPT and XLS file types are not accepted for resume or cover letters)

**Resume/CV:**



## ⌄ Profile Information

**Salutation:**
No Selection ⌄

**Preferred Name:**

**\* Legal First Name:**
Jim

**Middle Name:**

**\* Last Name:**
Bob

**Suffix:**
No Selection ⌄

**\* Email:**
ihjclljqafeqhdjlly@nbmbb.com

**Mobile Phone:**
(725) 232-8533

**Home Phone:**

Case ID: 250700570

* Address Line 1:                    Address Line 2:                    Country:

665 Washington Street                                                    United States ⌄

* State/Province:                    * City:                            Zip/Postal Code:

Massachusetts ⌄                      Boston                             02111

Preferred Language:

No Selection ⌄

---

⌄  **Search Options and Privacy**

☐ Hear more about career opportunities

[Data Privacy Statement](#)

---

⌄  **Jobs Applied (1)**

**Food Service Worker - Essex County Correctional (MA)**

📍 Middleton, Massachusetts (US-MA), United States (US)

Application Received

02/25/2025

---

⌄  **Saved Applications**

You have no saved applications

## ∨  Previous Employment

*There are no items in this section.*

⊕ Add

## ∨  Formal Education

*There are no items in this section.*

⊕ Add

## ∨  Certifications/Licenses

*There are no items in this section.*

⊕ Add

**Save**

**Aramark Careers**  |  **Search All Jobs**  |  **Privacy Policy**  |  **Aramark.com**

© 2021 Aramark. All Rights Reserved.

**US Workforce Notice**

**US Workforce Privacy Notice**

Effective date: January 1, 2023

This notice (**Notice**) sets out how Aramark collects, uses, stores, and shares personal information about our staff, including our current and former employees, temporary staff, consultants, contingent workers, and interns (**staff** or **you** or **your**). This Notice also applies to applicants of Aramark.

For purposes of this Notice, Aramark refers collectively to the Aramark group company that employs or engages you or any of its affiliate entities ("**Aramark**" or "**we**" or "**our**"). These companies can be reached using the relevant contact details set out in the "**Your contact for any queries**" Section below.

- **Information we collect about you**
  - For purposes of this Notice, personal information means information that identifies, relates to, describes, is capable of being associated with, or could reasonably be linked, directly or indirectly, with a particular consumer or household. Personal information excludes deidentified information that cannot reasonably identify, relate to, describe, be capable of being associated with, or be linked, directly or indirectly, to a particular consumer. You are the sole source of this personal information unless an additional source is indicated below. We will collect and use some or all of the following personal information before, during, and after your employment (or similar engagement):
    - **Identifiers**, such as name, date and place of birth, email, current and prior postal addresses, phone numbers;
    - **Professional or employment information**, such as department, work location, job title information, absences from work, performance information, criminal history, performance evaluations, training records, job referral and references information, licenses, certifications, and professional organization membership (if applicable);
      - **Additional Sources of Personal Information**: Third-party references, credit agencies, third-party entities conducting or reporting on such training, courses, or assessments, or entities verifying work authorization or membership;
    - **Compensation and benefits information**: such as compensation details, bonus payments, pension details, and medical and other insurance;
      - **Additional Sources of Personal Information**: Third-party entities required to verify such information, where necessary;
    - **Disciplinary, capability, and conduct records**, details or of warnings and other records relating to conduct;
      - **Additional Sources of Personal Information**: Third-party entities that collect and report on such information, where necessary;
    - **Age and benefits information**, including your date of birth, national insurance numbers, information about your pension and other welfare or benefits, and information regarding your use of statutorily-protected or company-protected leaves, such as bereavement leave, domestic violence survivor leave, crime victim leave, military service leave, and marital status;
      - **Additional Sources of Personal Information**: Third-party entities providing information to verify the information you provided, where necessary;
    - **Beneficiaries, dependents, and emergency contact information**, such as information about any beneficiaries, dependents, emergency contacts, and next of kin;
    - **Internet or electronic network activity or other monitoring information**, such as details of your use of and communications sent through Aramark systems and general geolocation information, and recordings from surveillance cameras on our business premises;
      - **Additional Sources of Personal Information**: Information we may collect from your device or from Aramark surveillance cameras;

Case ID: 250700570

- **Commercial information**, such as details of travel that you undertake, or expenses you incur, in connection with your employment or engagement;
- **Protected classifications**, such as your, gender, age, marital status, or military or veteran status, and disability status;
- **Education information**, such as your prior training;
  - **Additional Sources of Personal Information**: Third-party entities providing information to verify the information you provided, where necessary;
- **National identification information**, such as your country of birth or the country where you are a registered national citizen, and any visa or other right to work documentation;
  - **Additional Sources of Personal Information**: Third-party entities verifying work authorization;
- **Financial information**, such as your bank account information and wage garnishment records (such as for child support obligations);
  - **Additional Sources of Personal Information**: Third-party entities providing payment services and/or wage garnishment information;
- **Driving history**, **drug testing and criminal history;**
  - **Additional Sources of Personal Information**: Third-party entities that conduct and report on background checks and screening.
- **Any other information** that you store on our equipment and computer systems, such as electronic communications or documents that you create or upload to our systems;
  - **Additional Sources of Personal Information**: Information we may collect from monitoring your company device;
- **Sensitive personal information,** insofar as necessary and legally permitted, such as: (1) Social Security, driver's license, state identification, or passport number, (2) account login, financial account, debit card or credit card number, in combination with any required security or access code, password, or credentials allowing access to an account, (3) precise geolocation, (4) racial or ethnic origin, religious or philosophical beliefs, or union membership, (5) the contents of your mail, email or text messages, unless we are the intended recipient of the communication, (6) biometric information for the purpose of uniquely identifying you, (7) information regarding your health, such as information relating to health and safety in the workplace, accidents and near misses, and vaccination records and vaccination status information, (8) information regarding your sexual orientation; and
  - **Additional Sources of Personal Information**: Third-party references, credit agencies, entities verifying work authorization, third-party entities that verify memberships, or information that may be collected from monitoring your device.
- **Other information provided by you**, including internal survey responses.

- **How we use personal information**

The purposes for which we use your personal information are as follows:

-
  - **Recruiting and Hiring**, such as determining your eligibility for work and suitability for certain job roles (to the extent permitted or required by law), checking references, and performing background checks.
    - For recruiting purposes and to help us determine your ability to perform the job, we process your identifiers, professional or employment information, national identification information, and education information.
  - **Conducting checks**, such as background checks, credit checks, anti-fraud checks, checks to prevent fraud and money laundering and drug tests, to the extent allowed under applicable employment laws.

- For purposes of conducting checks, we process your identifiers, protected classifications, professional or employment information, national identification information, and driving history and drug history.

- **General HR administration**, such as staff communications, on-boarding and off-boarding, succession planning, managing your career development, performing our legal obligations in relation to your professional or trade membership, assessing your suitability for a particular role, assessing your salary and other compensation, and performance, and assessing and taking action in relation to disciplinary, capability, grievance, and other conduct issues, and maintaining your employee records.
  - For our general HR administration, we process your identifiers, professional or employment related information, beneficiaries, dependents, and emergency contact information, education information, disciplinary, capability, and conduct records, protected classifications, and financial information.

- **Administering salary**, **expenses, and staff benefits**, including administering insurance, payroll, retirement plans, and other employee benefits and tax, and in order to administer corporate expenses and reimbursements (including viewing details of transactions made using corporate credit cards and corporate travel undertaken).
  - To administer salary, expenses, and benefits, we process your professional or employment information, compensation and benefits information, beneficiaries, dependents, and emergency contact information, commercial information, and financial information.

- **Managing absences and occupational health requirements**, including to keep a record of absences and to contact dependents or other family members in the event of an emergency.
  - To manage absences and occupational health requirements, we process your identifiers, professional or employment information and protected classifications.

- **Monitoring**, such as monitoring for compliance with Aramark policies provided to you and limited monitoring of information technology systems (including communications transmitted through these systems) solely to the extent permitted by applicable law, including to prevent, detect and fight fraud or other illegal or unauthorized activities.
  - For monitoring and security purposes, we process your identifiers, internet or electronic network activity information, and employment or professional information.
  - Such monitoring may be of telephone conversations or transmissions, electronic mail or transmissions, or internet access or usage of or by an employee by any electronic device or system, including but not limited to the use of a computer, telephone, mobile device, wire, radio, or electromagnetic, photoelectronic or photo-optical systems, at any and all times and by any lawful means.

- **Information Technology (IT) purposes**, such as providing IT support for Aramark Information Systems and user authentication.
  - For IT purposes, we process your identifiers, professional or employment information, and internet or electronic activity information.

- **Storing staff communications**, **records, and work product**, including as required in order to operate the Aramark business. These communications and records may contain personal information both related to work and private matters.
  - For storing staff communications, records, and work product, we process your identifiers, professional or employment information, and internet electronic activity information.

- **Complying with our legal obligations**, **like monitoring equal opportunities, complying with audits, ensuring an effective compliance program, or where necessary, for exercising, establishing, or defending legal claims**, including the disclosure of your personal information to third parties in connection with proceedings or investigations anywhere in the world, such as public authorities, law enforcement agencies, regulators, and third-party litigants.
  - For these purposes, we collect your identifiers, protected classifications, employment and professional information, age and benefits information, and internet or electronic network information.

- **Uses of** your sensitive personal information include:

Case ID: 250700570

- Health and disability records: We will use this information to address our legal obligations to you in relation to health and safety in the workplace, for any required reporting purposes (e.g., our workers' compensation carrier), and to address our legal obligations to you, make any accommodations required to assist you in the performance of your role and determine whether you are fit to undertake tasks required by your job role.
- Equal opportunities monitoring information: We will use this information, such as your ethnicity, religion, gender, and sexual orientation, which you would provide only on a voluntary basis, to conduct equal opportunity and diversity monitoring where permitted or required by law.
- Biometric information: We will use this information, such as facial recognition, fingerprint or hand punch/hand-geometry data collected by a biometric time clock to monitor and record your hours of work unless otherwise prohibited by law.
- As required: We will also use sensitive personal information to ensure compliance with legal and regulatory requirements, and for any other purposes required by law or government authorities.

  ○ When changing our business structure, such as in the event of a business sale or corporate restructuring, where we may disclose your personal information to any potential acquirer of, or investor in, any part of the Aramark business (and to their legal advisors and consultants) for the purpose of that acquisition or investment.
  - For this purpose, we process your identifiers, employment or professional information, and protected classifications.

- **How we share personal information**

In connection with the purposes listed above and consistent with this Notice:

- 
  ○ The Aramark group company that employs or engages you shares your personal information with Aramark affiliates where required for Aramark's internal administrative purposes. Aramark may grant other group entities access to such data where required for the purposes consistent with this Notice.
  ○ In limited situations, Aramark may share your personal information with certain third parties for the purpose of managing Aramark's relationship with its clients and related parties, such as unions.
  ○ Subject to local legal requirements, we may use third parties to assist us with human resources and IT related services, including but not limited to payroll providers, healthcare providers, insurers, retirement administrators, information systems storage providers, IT managed service providers, accountants, and legal advisors, and other third-party vendors that need your personal information to provide their services. We require that such external service providers or third parties will ensure adequate protection for your personal information and will comply with local legal requirements and our privacy and data security standards.
  ○ In addition, we may share your personal information with other third parties where disclosure is permitted or required by law to comply with legal obligations, protect our rights and property, or protect the safety of our staff or any third party.

- **Sensitive Personal Information**

Your sensitive personal information will not be used for any additional purposes that are incompatible with the purposes listed above unless we provide you with notice of those additional purposes.

- **Storage of personal information**

We will retain your personal information for as long as is necessary for the purposes for which it was collected and any other permitted or required purposes (such as to comply with regulatory requirements to retain such information). Our retention periods are based on business needs and relevant laws. Please note that these periods

Case ID: 230700570

may be extended where reasonably necessary (for example where we are required to do so by law or by a regulator). We retain your personal information for up to 7 years following the end of your services or other business relationship in accordance with applicable law. We will either deidentify or securely destroy personal information that we no longer need. We reserve the right to use deidentified information for any legitimate business purpose without further notice to you or your consent.

- **Your California Privacy Rights**

-
  - Aramark complies with laws and regulations that permit certain requests related to your data in our files, including, but not limited to, the California Consumer Privacy Act (the "CCPA"). The California Consumer Privacy Act (CCPA), as amended by the California Privacy Rights Act (CPRA), provides California residents with the following rights regarding their Personal Information.
  - The right to know what personal information we have collected, used, disclosed, and sold about you, including the categories of personal information, the categories of sources from which the personal information is collected, the business or commercial purpose for collecting, selling, or sharing personal information, the categories of third parties to whom Aramark discloses personal information, and the specific pieces of personal information Aramark has collected about you.
  - The right to correct inaccuracies in your personal information, taking into account the nature of the personal information and the purposes of the processing.
  - The right to request deletion of personal information we have collected from you.
  - The right to opt out of the selling or sharing of your personal information.

You may exercise these rights by contacting Aramark as described in the queries/concerns section below. You may also designate an authorized agent to make a request on your behalf by contacting us as described below. In order to protect your data from unauthorized access or alteration by third parties, all requests regarding your personal information will be subject to verification of the identity of the requesting individual. We endeavor to respond to a verifiable request within forty-five (45) days of its receipt. If we require more time (up to forty-five (45) days), we will inform you in writing.

- **If you have any queries or concerns regarding personal information, please contact us at:**

Privacy@aramark.com

VP, Compliance

Aramark

2400 Market Street

**Philadelphia, PA 19103**

- **Changes to this Notice**

This Notice was last updated on the effective date listed at the top of this Notice. We will notify you of any material changes to this Notice by posting information about the change

Case ID: 250700570