## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **COREY HARRAGHY, for himself and others similarly situated,**<br><br>        **Plaintiff,**<br><br>    **v.**<br><br>**ARAMARK SERVICES, INC., f/k/a ARAMARK CORPORATION,**<br><br>        **Defendant.** | **CIVIL ACTION NO. 25-4566** |

## ORDER

**AND NOW**, this 25th day of June 2026, upon consideration of Defendant's Motion to Dismiss, the briefs in support and opposition thereof, and notices of supplemental authority submitted by Defendant, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss [Doc. No. 16] is **GRANTED**.

2. Plaintiffs First Amended Class Action Complaint [Doc. No. 14] is **DISMISSED without prejudice**. Plaintiff is granted leave to file an amended complaint no later than **July 27, 2026**.

3. The Clerk of Court is directed to mark this case as **CLOSED** for statistical purposes.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

_____

**CYNTHIA M. RUFE, J.**